LABONI A. HOQ (SBN 224140)
*laboni@hoqlaw.com*
HOQ LAW
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
*MKaufman@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,

*Plaintiff*,

v.

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

*Defendants*.

Case No. 2:22-CV-04760

**NOTICE OF INTERESTED PARTIES**

EUNICE CHO (*pro hac vice* forthcoming)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930

Attorneys for Plaintiff

Pursuant to Local Rule 7.1-1, undersigned counsel of record for Plaintiff certify that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| **Party** | **Connection/Interest** |
| --- | --- |
| American Civil Liberties Union Foundation of Southern California | Plaintiff |
| United States Immigration and Customs Enforcement | Defendant |
| United States Department of Homeland Security | Defendant |

Date: July 12, 2022

Respectfully submitted,

HOQ LAW

*/s/ Laboni A. Hoq*
Laboni A. Hoq
*Counsel for Plaintiff*