E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section
ALARICE M. MEDRANO (Cal. Bar No. 166730)
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0460 | 3989
    Facsimile: (213) 894-7819
    E-mail: Alarice.Medrano@usdoj.gov
           Joseph.Tursi@usdoj.gov

Attorneys for Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, and U.S. Department of Homeland Security OIG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES DEPARTMENT OF HOMELAND SECURITY, OIG<br><br>Defendants. | No. 2:22-cv-04760-SB-AFM<br><br>**NOTICE OF FILING U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DECLARATION CONCERNING AGENCY WORKLOAD AND RESOURCES IN SUPPORT OF DEFENDANTS' PROPOSED PROCESSING RATE AS SET FORTH IN THE JOINT RULE 26(f) REPORT (ECF 28)**<br><br>Honorable Stanley Blumenfeld, Jr.<br>United States District Judge |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, and U.S. Department of Homeland Security OIG hereby submit the following Declaration of Fernando Pineiro, FOIA Director of the U.S. Immigration and Customs Enforcement Freedom of Information Act Office, attached hereto as Exhibit 1, in support of their position in the Joint Rule 26(f) Report regarding the agency's resources and ability to process documents responsive to Plaintiff's FOIA request.

Dated: November 29, 2022

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

  /s/ *Joseph W. Tursi*
ALARICE M. MEDRANO
JOSEPH W. TURSI
Assistant United States Attorneys

Attorneys for Defendants U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, and U.S. Department of Homeland Security OIG