## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04760-SHK | Date | December 12, 2022 |
|---|---|---|---|
| Title | ***American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*** | | |

| Present: | Hon. Shashi H. Kewalramani, U.S. Magistrate Judge | |
|---|---|---|
| D. Castellanos | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys for Plaintiff: | | Attorneys for Defendant: |
| n/a | | n/a |

**Proceedings:**         ORDER RE: CASE MANAGEMENT CONFERENCE

1.     The parties consented to proceed to trial before Magistrate Judge Kewalramani. To advance the litigation efficiently, the Court will hold a case management conference on **January 10, 2022 at 10:00 a.m.** Judge Kewalramani sits in Courtroom 4, 3rd Floor, George E. Brown Jr. Federal Building and Courthouse, 3470 Twelfth Street, Riverside, California 92501. Lead trial counsel must participate in the case management conference.

2.     Judge Kewalramani will hold the conference by video. The Court uses Zoom Webinar as its preferred video platform. The parties are to visit: **http://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani** to obtain the zoom webinar link for the hearing.

3.     If a party prefers to appear by audio / telephone alone, a dial-in and conference number will be provided. However, the Court strongly encourages that all parties appear by video as this is treated as an in-person Court proceeding.

4.     Reminder – the Local Rules of Court prohibit non-court personnel from recording or broadcasting these proceedings. L.R. 83-6 et seq.

5.     In advance of the hearing, if the parties have not already done so, the parties will meet in person or by telephone to discuss the items listed in Federal Rules of Civil Procedure 16 and 26(f) and Local Rule of Court 26-1. The parties may supplement their discussion by e-mail or correspondence but must have a face-to-face or telephonic discussion with each other. If the parties have not already done so, the parties will submit a joint report of their meeting no later than one week before the conference.

6.     The Court specifically values a detailed explanation of the parties' discovery plan, proposal for ADR, and recommended pretrial and trial schedule. The parties must use the recommended timeline below to suggest proposed litigation dates to the Court.

7.     Because the defense answered the complaint, the parties may exchange initial disclosures and begin discovery. Fed. R. Civ. P. 26(a)(1)(C), (d)(1).

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-04760-SHK | Date | December 12, 2022 |
|---|---|---|---|
| Title | *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.* | | |

| Event | Date |
|---|---|
| Last Day to Amend Pleadings or Add Parties | |
| Fact Discovery to be Completed | |
| Expert Disclosure (if any) Produced | |
| Rebuttal Disclosure (if any) Produced | |
| Expert Discovery Concluded | |
| ADR Completed | |
| Last Day for Summary Judgment Motions to Be Heard (Tuesday at 11:00 a.m.) | |
| Filing of PTC Order, Jury Instructions, and Other Trial Documents | |
| Pretrial Conference and Hearing on Pretrial Motions (Tuesday at 11:00 a.m.) | |
| Trial (Monday at 8 a.m.) | |