UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-04760-SHK                                              Date: January 10, 2023

Title   *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable: Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart - Portable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Laboni Hoq
Eunice Cho
Michael Kaufman
Kyle Virgien

Attorneys Present for Defendants:
Alarice Medrano

**Proceedings:   SCHEDULING CONFERENCE**

The Court held a scheduling conference in this matter and Attorneys Laboni Hoq, Eunice Cho, Michael Kaufman and Kyle Virgien appeared on behalf of Plaintiff and Assistant United States Attorney Alarice Medrano appeared on behalf of Defendants. The Court and counsel discussed the proposed trial and scheduling dates, the rate at which the documents should be reviewed and produced by Defendants, and whether the case should be stayed. The parties are to further meet and confer with respect to the rate of production of documents as well as the other information that may be provided on a periodic basis, as discussed during the hearing. Defendant's counsel is to provide a list of citations to cases that provide for a different rate of production than those provided by Plaintiff's counsel by 12:00 p.m. on Friday, January 13, 2023. The Court sets a further status conference by video Zoom for **January 18, 2023, at 2:00 p.m.**

**IT IS SO ORDERED.**

1:04
**Initials of Preparer**   DC