UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-04760-SHK                                              Date: January 18, 2023

Title   *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart - Portable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Laboni Hoq
Eunice Cho
Michael Kaufman
Kyle Virgien

Attorneys Present for Defendants:
Joseph Tursi

**Proceedings:**   **CONTINUED CONFERENCE**

The Court held a continued conference as previously scheduled. Attorneys Laboni Hoq, Eunice Cho, Michael Kaufman and Kyle Virgien appeared on behalf of the Plaintiff. Assistant United States Attorney Joseph Tursi appeared on behalf of Defendants. As discussed on the record, the parties have reached an agreement as to the rate of review of documents by Defendants Immigration and Customs Enforcement and Department of Homeland Security-Office of Inspector General. The Court sets a further status conference by video Zoom for **January 24, 2023, at 3:00 p.m.** to discuss the remaining review and production issues.

**IT IS SO ORDERED.**

:10
**Initials of Preparer**   DC