UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-04760-SHK                                                          Date: January 24, 2023

Title  *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart - Portable |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Laboni Hoq
Eunice Cho
Kyle Virgien

Attorneys Present for Defendants:
Joseph Tursi

**Proceedings:**   **CONTINUED CONFERENCE**

The Court held a continued conference as previously scheduled.  Attorneys Laboni Hoq, Eunice Cho, and Kyle Virgien appeared on behalf of the Plaintiff.  Assistant United States Attorney Joseph Tursi appeared on behalf of Defendants.  As discussed on the record, the parties have reached an agreement as to the rate of review of documents by Defendants Immigration and Customs Enforcement and Department of Homeland Security-Office of Inspector General.  The parties shall provide a stipulated proposed order with the exact agreement that has been made between the parties regarding the search, location, and the production of documents.  Furthermore, the parties are to file their proposed briefing schedule for a motion for summary judgment and trial dates.

**IT IS SO ORDERED.**

:08
**Initials of Preparer**   DC