E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section
JASON K. AXE
Assistant United States Attorney
California Bar Number 187101
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-8790
    Facsimile: (213) 894-7819
    E-mail: Jason.Axe@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | Case No. 2:22-cv-04760 SHK<br><br>**STIPULATION CONTINUING DISPOSITIVE MOTION SCHEDULE** |

1  IT IS HEREBY STIPULATED by and between the parties, through their
2  respective counsel, that the following proposed dates shall govern in this action, for the
3  reasons set forth herein:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Defendants' Production of *Vaughn* Indices | N/A | 8/10/23 |
| Defendants' Motion for Summary Judgment | 6/6/23 | 9/5/23 |
| Plaintiff's Opposition and Cross-Motion Due | 6/20/23 | 9/19/23 |
| Defendants' Opposition to Cross-Motion and Reply Due | 7/5/23 | 10/3/23 |
| Plaintiff's Sur-Reply Due | 7/18/23 | 10/17/23 |

On May 12, 2023, Assistant United States Attorney Jason Axe took over the defense of this action after the previously assigned AUSA, Joseph Tursi, was called to military leave, necessitating his extended absence from the office. Counsel for the parties conducted a conference call on May 12th to discuss the outstanding issues related to the FOIA requests, and since that date, they have continued in communication via email and during another conference call on May 18, 2023. Through those communications, the parties have worked together to, among other things, try to clarify search terms for remaining requests, what additional searches Defendants shall undertake, by what date Defendants shall resume producing responsive documents, and the pace of Defendants' monthly production. The additional time requested would allow for the parties to continue their efforts to resolve issues related to the search for records and address issues related to any records withheld in full or part.

Therefore, the parties respectfully request that the Court continue the dates as set forth above for the reasons set forth herein.

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | Dated: May 31, 2023 | HOQ LAW APC |

/s/ *Laboni A. Hoq*\*
LABONI A. HOQ
Attorneys for Plaintiff

Dated: May 31, 2023

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section

/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants

\*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2