1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| 10 | AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, | Case No. 2:22-cv-04760 SHK |
|---|---|---|
| 11 | | [PROPOSED] ORDER CONTINUING DISPOSITIVE MOTION SCHEDULE |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | |
| 15 | | |
| 16 | | |
| 17 | Defendants. | |

18
19
20
21
22
23
24
25
26
27
28

IT IS HEREBY ORDERED that the following specific dates shall govern in this action, for the reasons set forth in the parties' separately filed stipulation:

| Matter | Current Date | Proposed Date |
|---|---|---|
| Defendants' Production of *Vaughn* Indices | N/A | 8/10/23 |
| Defendants' Motion for Summary Judgment | 6/6/23 | 9/5/23 |
| Plaintiff's Opposition and Cross-Motion Due | 6/20/23 | 9/19/23 |
| Defendants' Opposition to Cross-Motion and Reply Due | 7/5/23 | 10/3/23 |
| Plaintiff's Sur-Reply Due | 7/18/23 | 10/17/23 |

Dated: June 5, 2023

_____
UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney, Chief,
Complex and Defensive Litigation Section

 /s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendants

1