1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
SOUTHERN CALIFORNIA,

Plaintiff,

v.

UNITED STATES IMMIGRATION
AND CUSTOMS ENFORCEMENT, et
al.

Defendants.

No. 2:22-cv-04760-SHK

**[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION FOR
JUDGMENT ON THE PLEADINGS**

Honorable Shashi H. Kewalramani
United States Magistrate Judge

1    Before the Court is Defendants U.S. Department of Homeland Security, U.S.

2    Department of Homeland Security Office of Inspector General, and U.S. Immigration

3    and Customs Enforcement's (collectively, "Defendants") Motion for Judgment on the

4    Pleadings. Upon consideration of the memorandum of points and authorities in support

5    thereof, Plaintiff's Opposition, Defendants' Reply, and the files and records in this case:

6        IT IS HEREBY ORDERED that Defendants' Motion for Judgment on the

7    Pleadings is GRANTED. Judgment is entered in favor of Defendants.

8        **IT IS SO ORDERED.**

9

10   Dated:

11

12                                          _____
                                            Honorable Shashi H. Kewalramani
                                            United States Magistrate Judge
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1