UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-04760-SHK                                                                 Date: July 5, 2023

Title   *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart – Rm 146 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Laboni Hoq | Joseph Tursi |
| Eunice Cho | Jason Axe |
| Kyle Virgien | |

**Proceedings:   STATUS CONFERENCE RE: PRODUCTION OF DOCUMENTS**

The Court held a status conference at the parties' request.  Attorneys Laboni Hoq, Eunice Cho, and Kyle Virgien appeared on behalf of the Plaintiff.  Assistant United States Attorney Joseph Tursi and Jason Axe appeared on behalf of Defendants.  As discussed on the record, Defendant has agreed to provide a response to Plaintiff's letter regarding the search terms by an anticipated date of Friday, July 7, 2023, and provide it to the Court as well.  The Court sets a further status conference for **July 11, 2023, at 10:30 a.m.**

**IT IS SO ORDERED.**

1:05
**Initials of Preparer**   DC