UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-04760-SHK                                                                                  Date: July 7, 2023

Title     *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

|  D. Castellanos | None |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings (IN CHAMBERS):   ORDER ON RESPONSE BY AGENCY TO PLAINTIFF'S JUNE 26, 2023 LETTER**

　　The Court held a status conference at the parties' request and it was determined that a further conference would be appropriate to allow for Defendants' to respond to Plaintiff's June 26, 2023 letter ("June 26th letter") addressing several relevant issues.  During the conference, counsel for Defendants believed that an agency response could possibly be provided by close of business on Friday, July 7, 2023.  On July 6, 2023, counsel for Defendants notified the Court that a response was likely to be provided during the early part of the week of July 10, 2023.  In light of this timeline, the Defendants' response to the June 26th letter will be provided to Plaintiff's counsel and this Court by no later than **5 p.m. PDT on Tuesday, July 11, 2023**, via e-mail.  A further conference will then be held on **Thursday, July 13, 2023 at 3 p.m. PDT**.

　　**IT IS SO ORDERED.**