E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
JASON K. AXE (Cal. Bar No. 187101)
Assistant United States Attorneys
       Federal Building, Suite 7516
       300 North Los Angeles Street
       Los Angeles, California 90012
       Telephone: (213) 894-3989 | 8790
       Facsimile: (213) 894-7819
       E-mail: Joseph.Tursi@usdoj.gov
               Jason.Axe@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>**NOTICE OF FILING U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT DECLARATION CONCERNING AGENCY WORKLOAD AND RESOURCES**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant U.S. Immigration and Customs Enforcement ("ICE") hereby submits the following Declaration of Fernando Pineiro, FOIA Director of the ICE Freedom of Information Act Office, attached hereto as Exhibit 1, regarding the agency's resources and ability to process documents responsive to Plaintiff's FOIA request.

Dated: July 11, 2023

Respectfully submitted,

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　/s/ *Joseph W. Tursi*
JOSEPH W. TURSI
JASON K. AXE
Assistant United States Attorneys

Attorneys for Defendants