UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-04760-SHK                                                      Date: July 13, 2023

Title  *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart – Rm 146 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Laboni Hoq | Joseph Tursi |
| Eunice Cho | Jason Axe |
| Kyle Virgien | |

**Proceedings:   STATUS CONFERENCE RE: PRODUCTION OF DOCUMENTS AND DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 44)**

The Court held a status conference as previously scheduled. Attorneys Laboni Hoq, Eunice Cho, and Kyle Virgien appeared on behalf of the Plaintiff. Assistant United States Attorney Joseph Tursi and Jason Axe appeared on behalf of Defendants. As discussed on the record, Plaintiff's opposition to Defendant's Motion for Judgment on the Pleadings is due on July 25, 2023, which will include all attachments that Plaintiff seeks the Court to consider. Defendant's reply with all attachments will be due on August 4, 2023. The hearing on the Motion currently set for August 8, 2023, will remain on calendar for 11:00 a.m. and it will be held by Zoom. Defendants will continue the production as previously agreed and will meet and confer to discuss search terms. A status conference regarding this issue will be discussed at the August 8, 2023 hearing.

**IT IS SO ORDERED.**

1:05

**Initials of Preparer**   DC