UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:22-cv-04760-SHK                                              Date: August 11, 2023

Title   *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart – Rm 146 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Laboni Hoq | Joseph Tursi |
| Eunice Cho | Jason Axe |
| Kyle Virgien | |

**Proceedings:  STATUS CONFERENCE RE: PRODUCTION OF DOCUMENTS AND DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS (ECF No. 44)**

The Court held a status conference as previously scheduled.  Attorneys Laboni Hoq, Eunice Cho, and Kyle Virgien appeared on behalf of the Plaintiff.  Assistant United States Attorney Joseph Tursi and Jason Axe appeared on behalf of Defendants.  The Court heard argument from the parties.  Defendants will continue do their searches and meet and confer to discuss the responses and rate of productions on a rolling basis.  The parties may contact the Court if the rate of production is not efficiently moving along.  Furthermore, the Court took the Motion for Judgment on the Pleadings ("Rule 12(c) Motion") under submission and will issue its ruling on a separate order. Lastly, the substantive summary motion deadline is VACATED pending the completion of the production of documents and the Court's ruling on the Rule 12(c) Motion.

**IT IS SO ORDERED.**

1:05

**Initials of Preparer**   DC