# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, <br> Plaintiff(s) <br> v. <br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., <br> Defendant(s) | CASE NUMBER: <br> 2:22-cv-04760-SHK <br><br> MOTION RE: INFORMAL DISCOVERY DISPUTE |
|---|---|

The parties have requested an informal discovery conference with Magistrate Judge Shashi H. Kewalramani

Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

A Zoom Webinar video conference is scheduled in this matter for  Oct 11, 2023  at  11:00 a.m.

Please visit: http://www.cacd.uscourts.gov/honorable-shashi-h-kewalramani to obtain the Zoom Webinar link or dial-in information.

Recording or rebroadcasting of the proceeding is strictly prohibited.

Dated:   October 5, 2023                                By:   D. Castellanos
                                                              Deputy Clerk