UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  2:22-cv-04760-SHK                                                         Date: October 11, 2023

Title   *American Civil Liberties Union Foundation of Southern California v. United States Immigration and Customs Enforcement, et al.*

Present: The Honorable:  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Court Smart – Rm 148 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:
Laboni Hoq
Eunice Cho
Kyle Virgien

Attorneys Present for Defendants:
Joseph Tursi
Jason Axe

**Proceedings:   INFORMAL DISCOVERY DISPUTE**

   The Court held an informal discovery dispute related to the production of documents, and other topics as discussed on the record.  Attorneys Laboni Hoq, Eunice Cho, and Kyle Virgien appeared on behalf of the Plaintiff.  Assistant United States Attorney Joseph Tursi and Jason Axe appeared on behalf of Defendants.  The Court heard argument from the parties, but the Court determined that at this time further briefing needs to be conducted to narrow the issues that Plaintiff is specifically seeking relief.  Plaintiff will set the briefing timeline upon the filing of their brief, and Defendant will have one week to file a response after the following of any filing, in accordance with the Local Rules.  Plaintiff will then file a reply one week after Defendant's response, also in accordance with Local Rules.  Plaintiff may also notify the Court that it does not intend on filing a Reply brief with respect to any motion.  The Court will set a further hearing, if one is necessary or take the matter under submission.

**IT IS SO ORDERED.**

:47

**Initials of Preparer**   DC