LABONI A. HOQ (SBN 224140)
*laboni@hoqlaw.com*
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
*MKaufman@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017 Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br>*Plaintiff*,<br>v.<br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>*Defendants*. | Case No. 2:22-CV-04760-SB-AFM<br>**DECLARATION OF LABONI HOQ IN SUPPORT OF PLAINTIFF'S REQUEST FOR SCHEDULING ORDER AND FOIA PROCESSING RATE**<br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1  EUNICE CHO (*pro hac vice*)
   *echo@aclu.org*
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
3  915 Fifteenth Street NW, 7th Floor
   Washington, DC 20005
4  Telephone: (202) 548-6616

5  KYLE VIRGIEN (SBN 278747)
   *kvirgien@aclu.org*
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
7  39 Drumm Street
   San Francisco, CA 94111
8  Telephone: (202) 393-4930

9
   Attorneys for Plaintiff

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1      I, Laboni A. Hoq declare as follows:

2      1.     I am counsel for Plaintiff ACLU of Southern California in the above-
3 captioned matter. I submit this declaration in support of Plaintiff's Letter Brief. I
4 have personal knowledge of the facts set forth below, and if called as a witness, I
5 could and would competently testify thereto.

6      2.     On February 1, 2023, I participated with my co-counsel in a meet and
7 confer video conference with Defendants' counsel Joseph Tursi. At that conference
8 Plaintiff's counsel asked Defendants ICE and OIG to identify the search terms and
9 locations they used to locate records response to the FOIA Request. Defendants
10 responded by email that day with the information Plaintiff requested. Attached
11 hereto as Exhibit A is a true and correct copy of Defendants' February 1, 2023
12 email.

13     3.     On March 29, 2023, Defendants' counsel Mr. Tursi sent me a letter
14 following up on our discussion at our March 24, 2023 meet and confer video
15 conference. Attached hereto as Exhibit B is a true and correct copy of Defendants'
16 March 29, 2023 letter.

17     4.     On April 14, 2023, I sent Defendants' counsel a letter responding to
18 Defendants' March 29, 2023 correspondence. Attached hereto as Exhibit C is a
19 true and correct copy of Plaintiff's April 14, 2023 letter.

20     5.     On May 19, 2023, I sent Defendants' counsel a letter. Attached hereto
21 as Exhibit D is a true and correct copy of this letter.

22     6.     On June 1, 2023, I sent Defendants' counsel a letter responding to an
23 email sent by Defendants' on May 25, 2023. Attached hereto as Exhibit E is a true
24 and correct copy of Plaintiff's June 1, 2023 letter.

25     7.     On June 6, 2023, Defendants' counsel Jason Axe sent me an email in
26 response to Plaintiff's June 1, 2023 letter. Attached hereto as Exhibit F is a true
27 and correct copy of Defendants' June 6, 2023 email.

28     8.     On June 12, 2023, I sent a letter to Defendants' counsel responding to

-1-

Defendants' June 9, 2023 email in which ICE proposed alternative search terms and restrictions on search locations. Attached hereto as Exhibit F is a true and correct copy of Plaintiff's June 12, 2023 letter.

9. On June 22, 2023, Defendants' counsel Mr. Tursi sent me a letter responding to Plaintiff's June 12, 2023 letter. Attached hereto as Exhibit H is a true and correct copy of Mr. Tursi's June 22, 2023 letter.

10. On June 26, 2023 I sent a letter to Defendants' counsel responding to their June 22, 2023 letter. Attached hereto as Exhibit I is a true and correct copy of Plaintiffs' June 26, 2023 letter.

11. On July 11, 2023, Defendants' counsel Mr. Tursi sent me a letter in response to Plaintiffs' June 26, 2023 letter. Attached hereto as Exhibit J is a true and correct copy of Mr. Tursi's July 11, 2023 letter.

12. On July 12, 2023 I sent a letter to Defendants' counsel responding to their July 11, 2023 letter. Attached hereto as Exhibit K is a true and correct copy of Plaintiff's July 12, 2023 letter.

13. On August 23, 2023, Defendants' counsel Mr. Tursi sent me an email. Attached hereto as Exhibit L is a true and correct copy of this email.

14. On August 24, 2023, I sent an email in response to Mr. Tursi's email. Attached hereto as Exhibit M is a true and correct copy of this email.

15. On September 1, 2023, Defendants' counsel Mr. Tursi sent me a letter. Attached hereto as Exhibit N is a true and correct copy of this letter.

16. On September 12, 2023, Defendants' counsel Mr. Tursi sent me an email. Attached hereto as Exhibit O is a true and correct copy of this email.

17. On September 14, 2023, I sent a letter in response to Mr. Tursi's September 12, 2023 email. Attached hereto as Exhibit P is a true and correct copy of this email.

18. On October 10, 2023, Defendants' counsel Mr. Tursi sent me a letter. Attached hereto as Exhibit Q is a true and correct copy of this letter.

19. On October 19, 2023, I sent Defendants a letter in response to Mr. Tursi's October 10, 2023 letter. Attached hereto as Exhibit R is a true and correct copy of this email.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 23, 2023, at South Pasadena, California.

*/s/ Laboni Hoq*
_____
Laboni A. Hoq