E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
JASON K. AXE (Cal, Bar No. 187101)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989 | 8790
    Facsimile: (213) 894-7819
    E-mail: Joseph.Tursi@usdoj.gov
           Jason.Axe@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>**JOINT STIPULATION TO AMEND THE BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR SCHEDULING ORDER AND PROCESSING RATE**<br><br>(Filed concurrently with [Proposed] Order)<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

IT IS HEREBY STIPULATED, by and between Plaintiff American Civil Liberties Union Foundation of Southern California and Defendants United States Immigration and Customs Enforcement and Department of Homeland Security ("Defendants"), through their counsel, and subject to an order of this Court as follows:

1. On October 11, 2023, the Court held a Status Conference in this matter during which Plaintiff ACLU SoCal requested relief on various issues. *See* Dkt. 56. During the hearing the Court determined that further briefing was required to determine whether to grant the relief Plaintiff is seeking. *Id.*

2. The Court ordered that "Plaintiff will set the briefing timeline upon filing of their brief, and Defendant will have one week to file a response after the following of any filing, in accordance with the Local Rules." *Id.*

3. On October 23, 2023, Plaintiff filed its Request for Scheduling Order and Processing Rate. *See* Dkt. 57. In accordance with the Court's October 11, 2023 order, Defendants' response is currently due on October 30, 2023. *See* Dkt. 56.

4. On October 25, 2023, Defendants contacted Plaintiff to seek a one week extension to file their response, citing the following reasons.

5. As part of its anticipated response to Plaintiff's Request, Defendant ICE intends to file declarations from the agency addressing issues raised by Plaintiff. However, ICE represents that it will be unable to provide the declarations by October 30, 2023 because it will take more than one week to provide the declarations for Defendants' response brief.

6. AUSA Joseph W. Tursi is scheduled to be out of the office on October 27, 2023. In addition, AUSA Jason K. Axe is preparing for a trial which is set to begin on November 7, 2023.

7. In light of the foregoing, the parties stipulate and agree, subject to an order of this Court, that Defendants' deadline to file their response to Plaintiff's Request shall be continued from October 30, 2023 to November 6, 2023, and that Plaintiff shall have until November 13, 2023 to file a Reply.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: October 26, 2023 | Respectfully submitted,<br><br>E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br><br>  /s/ *Joseph W. Tursi*  <br>JOSEPH W. TURSI<br>JASON K. AXE<br>Assistant United States Attorneys<br><br>Attorneys for Defendants |
| Dated: October 26, 2023 | **HOQ LAW APC**<br><br>  /s/ *Laboni A. Hoq*  <br>LABONI A. HOQ*<br><br>Attorneys for Plaintiff American Civil Liberties Union Foundation of Southern California |

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.