UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND THE BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR SCHEDULING ORDER AND PROCESSING RATE**<br><br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1  Upon consideration of the Parties' Joint Stipulation to Amend the Briefing
2  Schedule on Plaintiff's Request for Scheduling Order and Processing Rate, and good
3  cause shown:
4  IT IS HEREBY ORDERED that Defendants' response to Plaintiff's Request, Dkt.
5  57, shall be due on or before November 6, 2023, and Plaintiff's Reply shall be due on or
6  before November 13, 2023.
7  **IT IS SO ORDERED.**

Dated:

Honorable Shashi H. Kewalramani
United States Magistrate Judge

1