UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO AMEND THE BRIEFING SCHEDULE ON PLAINTIFF'S REQUEST FOR SCHEDULING ORDER AND PROCESSING RATE**<br><br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1   Upon consideration of the Parties' Joint Stipulation to Amend the Briefing
2   Schedule on Plaintiff's Request for Scheduling Order and Processing Rate, and good
3   cause shown:
4   IT IS HEREBY ORDERED that Defendants' response to Plaintiff's Request, Dkt.
5   57, shall be due on or before November 6, 2023, and Plaintiff's Reply shall be due on or
6   before November 13, 2023.
7   **IT IS SO ORDERED.**

Dated:   November 1, 2023

_____
Honorable Shashi H. Kewalramani
United States Magistrate Judge