LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
MKaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>*Defendants*. | Case No. 2:22-cv-04760-SHK<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AGAINST DEFENDANTS DEPARTMENT OF HOMELAND SECURITY AND DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

EUNICE CHO (*pro hac vice*)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930

Attorneys for Plaintiff

IT IS HEREBY STIPULATED, by and between Plaintiff American Civil Liberties Union Foundation of Southern California and Defendants Department of Homeland Security ("DHS") and DHS Office of Inspector General ("DHS-OIG") (collectively "Defendants"), through their counsel, and subject to an order of this Court as follows:

1. On December 1, 2023 and December 14, 2023, and through subsequent email communication, the Parties met and conferred pursuant to Local Rule 7-3 to discuss their intent to file Cross-Motions for Summary Judgement as to Plaintiff's claims against Defendants DHS and DHS-OIG.[1]

2. During the Rule 7-3 conferences, DHS-OIG confirmed that it had completed its production of records responsive to Plaintiff's Freedom of Information Act ("FOIA") Request on or about August 2, 2023. Plaintiff stated that it intends to file a Motion for Summary Judgment against DHS-OIG and DHS regarding its claims of search adequacy, wrongful withholding of documents, and improper redactions. Defendant DHS-OIG stated that it intends to file a Cross-Motion for Summary Judgment as to all of Plaintiff's claims against it.

3. In addition to the content of the Motions, the Parties discussed the timing of filing their Cross-Motions, and proposals for a briefing schedule. They also discussed the deadline for Defendant DHS-OIG to produce a *Vaughn* index to address Plaintiff's wrongful withholding claim, and a search summary to address Plaintiff's search adequacy claim prior to the filing of their Cross-Motions to facilitate the briefing. Based on Defendant DHS-OIG's representations, this search summary shall include dates of searches, all search terms used, custodians and file locations searched, and the number of pages produced by DHS-OIG.

4. Although a *Vaughn* index must address "each withheld document or

---

[1] Defendant ICE is still in the process of searching for and producing records responsive to Plaintiff's FOIA Request. As such, the Parties defer setting a summary judgment schedule as to Plaintiff's claims against ICE at this time.

1

deletion from a released document," on December 8, 2023, Plaintiff provided, at Defendants' request, a list of documents to be addressed in DHS-OIG's *Vaughn* index to expedite the process. *Founding Church of Scientology of Washington, D.C., Inc. v. Bell*, 603 F.2d 945, 949 (D.C. Cir. 1979).

    5.    Based on these discussions, the Parties stipulate and agree, subject to an order of this Court, to the following schedule for the Parties to file and brief Cross-Motions for Summary Judgment, and for Defendant DHS-OIG to produce a *Vaughn* index and a search summary:

| | |
|---|---|
| Defendant DHS-OIG to Produce search summary to Plaintiff | January 19, 2024 |
| Defendant DHS-OIG to Produce *Vaughn* index to Plaintiff | February 9, 2024 |
| Plaintiff Files Motion for Summary Judgment against DHS and DHS-OIG | February 23, 2024 |
| Defendants DHS and DHS-OIG File Cross Motion for Summary Judgment and Opposition Brief | March 15, 2024 |
| Plaintiff Files Opposition and Reply Briefs | March 29, 2024 |
| Defendants DHS and DHS-OIG File Reply Brief | April 12, 2024 |
| Hearing on Cross-Motions | April 24, 2024, or at the convenience of the Court |

**IT IS SO STIPULATED.**

Dated: December 20, 2023        Respectfully submitted,

**HOQ LAW APC**

   /s/ *Laboni A. Hoq*
LABONI A. HOQ

Attorneys for Plaintiff American Civil Liberties Union Foundation of Southern California

2

| Dated: December 20, 2023 | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney<br>Chief, Complex and Defensive Litigation Section<br><br> /s/ *Joseph W. Tursi*<br>JOSEPH W. TURSI*<br>JASON K. AXE<br>Assistant United States Attorneys<br><br>Attorneys for Defendants |
|---|---|

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3