# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>*Defendants*. | Case No. 2:22-cv-04760-SHK<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AS TO DEFENDANTS DEPARTMENT OF HOMELAND SECURITY AND DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

The Court, having considered the Parties' Joint Stipulation to Set Briefing Schedule for Cross-Motions for Summary Judgment as to Claims Against Defendants Department of Homeland Security ("DHS") and its Office of Inspector General ("DHS-OIG"), and good cause shown, hereby ORDERS as follows:

- Defendant DHS-OIG shall produce a search summary to Plaintiff by January 19, 2024. The search summary shall include dates of searches, all search terms used, custodians and file locations searched, and the number of pages produced by DHS-OIG;
- Defendant DHS-OIG shall produce a *Vaughn* Index to Plaintiff by February 9, 2024;
- Plaintiff shall file a Motion for Summary Judgment against DHS and DHS-OIG by February 23, 2024;
- Defendants DHS and DHS-OIG shall file a Cross-Motion for Summary Judgment and Opposition Brief by March 15, 2024;
- Plaintiff shall file its Opposition and Reply Briefs by March 29, 2024;
- Defendants DHS and DHS-OIG shall file their Reply Brief by April 12, 2024;
- A hearing on the Cross-Motions will be held on April 24, 2024 [or on a date thereafter at the convenience of the Court].

**IT IS SO ORDERED.**

Dated:  12/21/2023

_____
Honorable Shashi H. Kewalramani
United States Magistrate Judge