LABONI A. HOQ (SBN 224140)
*laboni@hoqlaw.com*
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
*MKaufman@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017 Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

EUNICE CHO (*pro hac vice*)
echo@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

*Attorneys for Plaintiff*

**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS**
**IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

1. Plaintiff submitted its FOIA request ("Request") to ICE, DHS's Privacy Office, and DHS-OIG on April 29, 2022, seeking information about ICE's practice of deathbed releases of immigration detainees.

   *Evidence:* ECF No. 1-1 (FOIA Request).

2. The Request sought nine categories of records, generally including: (1) documents related to the hospitalization, death, and release from custody of Teka Gulema, Johana Medina Leon, Jose Ibarra Bucio, and Martin Vargas Arellano; (2) DHS-OIG reports of investigation regarding these four individuals, including "exhibits, appendices, or attachments"; (3) ICE Office of Professional Responsibility (OPR) investigations regarding these four individuals; (4) ICE and ICE Health Service Corps directives, policies, and procedures regarding the release from custody of hospitalized detainees; (5) records in possession of specific ICE offices identifying hospitalized detainees released from custody; (6) documents created by DHS-OIG or OPR that mention ICE's release of hospitalized detainees; (7) documents created by DHS-OIG or OPR mentioning the death of detainees previously released by ICE while hospitalized; (8) documents identifying detainees who were hospitalized due to COVID-19 and were subsequently released from custody while hospitalized; and (9) financial records reflecting payments for healthcare of detainees released from ICE custody while hospitalized.

   *Evidence:* ECF No. 1-1 (FOIA Request).

3. On May 16, 2022, DHS-OIG acknowledged receipt of the Request, assigned it a tracking number, and granted Plaintiff's request for a fee waiver and expedited processing.

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS ISO
MOTION FOR SUMMARY JUDGMENT

1

*Evidence:* ECF No. 24-1 at 20.

4. Between July 5, 2022 and September 2, 2022, DHS-OIG and Plaintiff corresponded several times regarding search terms and methodology, including a telephone conference on August 18, 2022.

*Evidence*: ECF No. 24-1 at 22-35.

5. On September 2, 2022, Plaintiff sent letter requesting that DHS-OIG search for records in its possession regardless of whether they are "maintained" by DHS-OIG, or are "under the purview of ICE."

*Evidence*: ECF No. 24-1 at 34.

6. After receiving no response to its September 2, 2022 letter, Plaintiff followed up by email on September 12, 2022, requesting that DHS-OIG indicate when it intended to respond.

*Evidence:* Declaration of Laboni Hoq ("Hoq Decl."), Exh. B.

7. Plaintiff filed suit against Defendants DHS and ICE on July 12, 2022, but did not separately name DHS-OIG as a Defendant at that time.

*Evidence:* Complaint, ECF No. 1.

8. After DHS-OIG failed to respond to Plaintiff, on October 4, 2022, Plaintiff amended its complaint, adding DHS-OIG as a Defendant to the suit.

*Evidence*: Amended Complaint, ECF No. 24.

9. DHS-OIG began its first production of FOIA documents on November 23, 2022, and made its final production on August 2, 2023.

*Evidence*: Declaration of Eunice Cho ("Cho Decl."), ¶¶ 5-12.

10. In total, DHS-OIG produced 113 pages of records in full. It withheld 460 pages in part, and 367 in full. DHS-OIG also referred 1,879 pages to other DHS components or agencies, including 1,420 pages to ICE, and 1 page to DHS Office of Civil Rights and Civil Liberties ("CRCL").

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS ISO
MOTION FOR SUMMARY JUDGMENT

2

*Evidence:* Cho Decl., ¶ 12.

11. The chart below reflects DHS-OIG's FOIA production to Plaintiff:

|  | Nov. 23 2022 | Dec. 21, 2022 | Jan. 30, 2023 | Feb. 27, 2023 | Mar. 30, 2023 | Jun. 29, 2023 | Jul. 31, 2023 | Aug. 2, 2023 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Released in Full** | 4 | 60 | 5 | 0 | 10 | 48 | 0 | 6 | 133 |
| **Withheld in Part** | 117 | 128 | 1 | 0 | 44 | 74 | 91 | 5 | 460 |
| **Withheld in Full** | 0 | 0 | 0 | 0 | 113 | 74 | 180 | 0 | 367 |
| **Duplicates (not produced)** | 127 | 0 | 0 | 1140 | 61 | 757 | 644 | 0 | 2729 |
| **Non-Responsive (not produced)** | 0 | 0 | 1072 | 0 | 736 | 17 | 20 | 0 | 1845 |
| **Referred to ICE** | 220 | 280 | 0 | 0 | 9 | 328 | 583 | 0 | 1420 |
| **Referred to DOJ EOUSA** | 233 | 185 | 0 | 0 | 0 | 0 | 0 | 0 | 418 |
| **Referred to "unidentified" DHS component**[1] | 0 | 0 | 0 | 0 | 0 | 8 | 0 | 0 | 8 |
| **Referred to DHS CRCL** | 0 | 0 | 0 | 0 | 0 | 1 | 0 | 0 | 1 |
| **Referred to DHS CBP** | 0 | 0 | 0 | 0 | 32 | 0 | 0 | 0 | 32 |

*Evidence:* Cho Decl., ¶ 12.

12. On December 8, 2023, Plaintiff provided Defendants with a list of documents that it sought to challenge to include in a *Vaughn* index.

*Evidence:* Hoq Decl. Ex. L.

13. The parties met and conferred on December 14, 2023 and over email between December 15 and 19, 2023, to establish a proposed timeline for partial summary judgment briefing as to Defendants DHS-OIG and DHS.

*Evidence:* Hoq Decl., ¶ 15.

---

[1] On October 2, 2023, Defendants clarified that the "unidentified DHS component" was the DHS Privacy Office. Hoq Decl. Ex. D.

ACLU of Southern California v. U.S. ICE, et al.,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS ISO
MOTION FOR SUMMARY JUDGMENT

3

14. On December 21, 2023, the Court issued an Order setting forth the briefing schedule.

   *Evidence*: ECF No. 64.

15. Defendants provided a search summary of DHS-OIG's search to Plaintiff on January 19, 2024.

   *Evidence*: Hoq Decl. Ex. R.

16. Defendants provided a Vaughn Index to Plaintiff on February 9, 2024.

   *Evidence*: Hoq Decl. Ex. Y.

17. On February 8, 2024, ICE produced 567 pages, redacted in part, of 583 pages that referred by DHS-OIG to ICE, after it concluded that 16 pages were non-responsive.

   *Evidence:* Hoq Decl., ¶ 23, Exs. W and X.

18. Plaintiff responded by letter on February 13, 2024, noting that its Request had specified *all* attachments to DHS-OIG investigations into Mr. Gulema's death, and requesting that Defendants provide the remaining 16 pages from the tranche processed by Defendants in February 2024. Plaintiff also requested that Defendants produce all remaining documents referred to ICE by DHS-OIG. These documents include several dated between October and November 2015, regarding ICE's decision to release Mr. Gulema from custody, which Plaintiff has repeatedly requested from Defendants.

   *Evidence*: Hoq Decl. Ex. Z.

//
//
//
//
//

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS ISO
MOTION FOR SUMMARY JUDGMENT

4

| | | |
|---|---|---|
| 1 | Dated: February 23, 2023 | Respectfully submitted, |

*/s/ Laboni Hoq*
LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Tel.: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
MKaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Tel.: (213) 977-9500
Fax: (213) 915-0219

EUNICE CHO (Pro Hac Vice)
echo@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Tel.: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
Tel.: (202) 393-4930

*Attorneys for Plaintiff*

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS ISO MOTION FOR SUMMARY JUDGMENT

5