# EXHIBIT B

## APPENDIX: INDEX OF PLAINTIFF'S CHALLENGED WITHHOLDINGS

| DHS-OIG Records and Withholdings in Part | | | |
|---|---|---|---|
| **Document Bates No.** | **Document Description** | **Challenged Exemptions** | **Entry Number on Defendants' Vaughn Index** |
| Nov. 2022: 0015-16 | Memorandum of Activity (MOA) re: Medina Leon: description of medical intake by ICE medical staff and lab test results | 6, 7(c) | #3 (p. 6) |
| Nov. 2022: 0020 | MOA re: Medina Leon: description of medical intake by ICE medical staff | 6, 7(c) | #4 (p. 8) |
| Nov. 2022: 0023-24 | MOA re: Medina Leon: Deportation Office description of decision to release Medina Leon | 6, 7(c) | #5 (p. 9) |
| Nov. 2022: 0025-26 | MOA re: Medina Leon: description of medical intake by ICE medical staff and lab test results | 6, 7(c) | #7 (p. 12) |
| Nov. 2022: 0028-29 | MOA re: Medina Leon: Deportation Office description of decision to release Medina Leon | 6, 7(c) | #7 (p. 12) |
| Nov. 2022: 0033 | MOA re: Medina Leon: description of medical intake by ICE medical staff, and contents of email to ICE management from ICE Field Medical Coordinator | 6, 7(c) | #3 (p. 6) |
| Nov. 2022: 0037 | MOA re: Medina Leon: description of cause of death listed on death certificate | 6, 7(c) | #7 (p. 12) |
| Nov. 2022: 0038 | Medina Leon Death Certificate: redaction of cause of death | 6, 7(c) | #8 (p. 13) #10 (p.15) |
| Nov. 2022: 0039 | MOA re: Medina Leon: description of declined medical test | 6, 7(c) | None listed |
| Nov. 2022: 0041 | MOA re: Medina Leon: description of symptoms and description of contents of email from detention center medical staff titled "Hospital Update" | 6, 7(c) | #7 (p. 12) |

| Nov. 2022: 0050 | MOA re: Medina Leon: description of conversation with Medina Leon prior to release from custody | 6, 7(c) | #7 (p. 12) |
|---|---|---|---|
| Dec. 2022: 0037 | Report of Investigation re: Medina Leon: results of blood test | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0040 | Report of Investigation re: Medina Leon: description of blood test; results of OIG interview with Medina Leon's deportation officer about documents prior to issuance of Notice to Appear (NTA) paperwork (necessary to release Medina Leon from custody) | 6, 7(c) | #5 (p. 9) |
| Dec. 2022: 0041 | Report of Investigation re: Medina Leon: description of medical intake, and information/action taken by doctor at detention facility prior to and during her hospitalization | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0042 | Report of Investigation re: Medina Leon: information related to release from custody | 6, 7(c) | #5 (p. 9) |
| Dec. 2022: 0044 | Report of Investigation re: Medina Leon: results of blood test; information related to Medina Leon's request to enter the United States | 6, 7(c) | #5 (p. 9) |
| Dec. 2022: 0044 | Report of Investigation re: Medina Leon: results of blood test | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0051 | MOA re: Medina Leon: Information that detention medical staff admitted he had heard from Medina Leon prior to her release from custody | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0055-56 | MOA re: Medina Leon: description of medical intake by ICE medical staff; blood test results | 6, 7(c) | #3 (p. 6) |
| Dec. 2022: 0067-68 | MOA re: Medina Leon: results of interview with Medina Leon's deportation officer in memorandum | 6, 7(c) | #5 (p. 9) |

| | describing her release from custody, description of contents of her immigration file | | |
|---|---|---|---|
| Dec. 2022: 0070 | MOA re: Medina Leon: description of medical intake by ICE medical staff and lab test results | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0070 | MOA re: Medina Leon: description of ICE facility doctor's recollection of medical condition and notification to Medina Leon of redacted information | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0075 | MOA re: Medina Leon: report from Medina Leon's Supervisory Detention and Deportation Officer regarding documents received prior to Medina Leon's release | 6, 7(c) | #5 (p. 9) |
| Dec. 2022: 0076 | MOA re: Medina Leon: report from Medina Leon's Supervisory Detention and Deportation Officer regarding information in email received from ICE Health Service Corps that recommended an alternative to detention. | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0084 | MOA re: Medina Leon: description of medical condition and intake questions prior to her release | 6, 7(c) | #11 (p.17) |
| Dec. 2022: 0092 | MOA re: Medina Leon: description of cause of death on Medina Leon's death certificate | 6, 7(c) | #10 (p.15) |
| Dec. 2022: 0097 | MOA re: Medina Leon: description of medical condition on "Hospital Send Out" form completed by detention facility prior to Medina Leon's hospitalization; contents of email from detention center re: "Hospital Update" | 6, 7(c) | #7 (p. 12) |
| Dec. 2022: 0099 | MOA re: Medina Leon: description of procedure or test performed by | 6, 7(c) | #5 (p. 9), #7 (p. 12) |

| | detention facility prior to her hospitalization | | |
|---|---|---|---|
| Mar. 2023: 0048-49 | Draft questions/media talking points regarding Medina Leon's death; redaction of medical condition, and ICE's decision not to conduct screening for redacted medical condition. | 6, 7(c) | #14 (p. 19) |
| June 2023: 0001 | Email regarding investigation into Medina Leon's death; redaction of information related to Medina Leon's admission to the United States, and tests performed at the detention center. | 6, 7(c) | #5 (p. 9), #7 (p. 12) |
| June 2023: 0118 | ROI regarding Teka Gulema: information related to ICE's attempts to obtain travel documents for Gulema's deportation | 6, 7(c) | #6 (p. 10-11) |
| June 2023: 0151 | ROI regarding Teka Gulema: information related to ICE's attempts to obtain travel documents for Gulema's deportation | 6, 7(c) | #6 (p. 10-11) |
| June 2023: 0157 | MOA re: Gulema: redaction of information related to Gulema's immigration history | 6, 7(c) | #6 (p. 10-11) |
| **DHS-OIG Records and Withholdings in Full** | | | |
| **Document Bates No.** | **Document Description** | **Challenged Exemptions** | **Entry Number on Defendants' Vaughn Index** |
| March 2023: 10-36, 38-46, 50-87, 89-93, 95-98, 100-101, 104-105, 110, 112, 114-116, | Draft MOAs regarding Medina Leon – withheld in full | 5 | #20 (p. 24) |

| | | | |
|---|---|---|---|
| 118, 120-121, 124-125, 129-130, 133-134, 140-141, 145-146, 148, 151, 154, 156, 159-61, 166-67 | | | |
| June 2023: 3-12, 16-25, 29-38, 39-48, 52-61, 63-72, 76-85, 89, 91, 93-94 | Draft MOAs regarding Medina Leon – withheld in full | 5 | #21 (p. 26) |
| July 2023: 1, 4-8, 10-12, 14-26, 28-39, 42-44, 46-58, 60-71, 75-86, 96-98, 103-107, 110-112, 123-124, 126-129, 131-132, 137-141, 149-151, 154-156, 159-161, 164-175, 182-184, 186-187, 190-191, 193-202, 206-207, 209-210, | Draft MOAs regarding Gulema – withheld in full | 5 | #22 (p. 28) |

| 212-221, 227-228, 230-232, 234, 236-237, 239, 241-242, 244, 246, 248-249, 251-252, 254, 256, 258-259, 261-269 | | | |
|---|---|---|---|

##