# EXHIBIT K

## Case Summary Report
## C21-ICE-DO-17226

| | | | | |
|---|---|---|---|---|
| **Title:** | FNU LNU ; et al.; ICE; Adelanto, CA | | | |
| Date Rcd: | 4/15/2021 | Date Assigned: | Date Opened: 4/26/2021 | Date Closed: 7/27/2021 |
| Rcd Method: | Public Website | | Agent: | |
| Affected Agency: | U.S. Immigration and Customs Enforcement (DHS) | | PrimaryOffice: | Program Manager |
| Ref Agency: | | | | |
| Alleg Type: | | | | |
| Special: | No | Privacy: No  Confidential: No | Dollar Loss: $0.00 | |
| Joint Agency: | | | | |
| Ref Cases: | C2117226 | | | |
| | Contact-DHS-21-2188 | | | |
| | HLCN1618517941207 | | | |

Comments: Since at least the beginning of the NQRP, but especially in recent months, ICE has engaged in a dangerous, pervasive, and widespread practice of releasing people with medical and mental health vulnerabilities in an unsafe manner. For NQRP clients, unsafe releases can pose a severe and immediate risk to their health and their lives. ICE must swiftly guarantee that all people in ICE custody, especially those with serious medical and mental health conditions, are provided with appropriate medical and mental health care and released safely from ICE custody.

This letter includes an Appendix listing several recent examples of ICE's unsafe release of NQRP clients. These represent a small portion of the incidents of unsafe release we have observed in our work and illustrate the risks that our clients face when they are released without medication and without notice to their legal team. With every unsafe release, ICE risks the lives of our NQRP clients and other vulnerable people in detention. When he died on March 8, 2021, Martin Vargas Arellano had lived in the United States for over

50 years. In 2013, he was found incompetent to represent himself and appointed a representative under the NRQP; he was still in removal proceedings at the time of his death. For the past two years, Mr. Vargas was held in ICE custody at Adelanto ICE Processing Center. Mr. Vargas was one of the most vulnerable people in Adelanto, suffering from (b)(6); (b)(7)(C) (b)(6); (b)(7)(C) ICE was fully aware of his medical vulnerability – he was hospitalized more than 16 times during his two years in ICE detention - but repeatedly denied his release.1 In December 2020, Mr. Vargas contracted COVID-19 in Adelanto and was hospitalized three times from December 2020 through February 2021, before being transferred to St. Jude Hospital on March 5, where he died three days later.

Mr. Vargas was represented by attorney (b)(6); (b)(7)(C) of the Esperanza Immigrant Rights Project in Los Angeles, which had represented Mr. Vargas in all of his proceedings before the immigration court for the past 7 years. On February 22, 2021, ICE informed (b)(6); (b)(7)(C) that they were considering releasing Mr. Vargas and asked her to provide information about his transportation and housing, which she did. Mr. Vargas' Deportation Officer told (b)(6); (b)(7)(C) that he would inform her in advance of any release so she could ensure it could be done safely, which she was prepared to do. ICE later informed (b)(6); (b)(7)(C) that Mr. Vargas would be released once he recovered from surgery and asked her to provide information for his next of kin (an uncommon request for release from ICE custody), which she did. When Mr. Vargas suffered a stroke on March 3, ICE did not inform (b)(6); (b)(7)(C) instead, ICE transferred Mr. Vargas to the hospital two days later, again without informing (b)(6); (b)(7)(C)

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

1 of 4 Pages

Cho Decl. ISO MSJ
Exhibit K
Page 103

DHS-OIG June 2023 0096

# Case Summary Report
# C21-ICE-DO-17226

## People - Subjects

**LNU, FNU**
Aka:
POB City:
DOB:
Address:

DHS Emp:  YES
Phone:
Email:

**Work**
SSN:
POB State:
Alien Number:
Company Name:
City:                                                   State:                Zip:
DHS Exec:   No

EOD:

---

**U.S. Immigration and Customs Enforcement (DHS)**
Aka:
POB City:
DOB:
Address:

DHS Emp:  NO
Phone:
Email:

**Home**
SSN:
POB State:
Alien Number:
Company Name:
City:                                                   State:                Zip:
DHS Exec:   No

EOD:

---

**LNU, FNU**
Aka:
POB City:
DOB:
Address:

DHS Emp:  YES
Phone:
Email:

**Home**
SSN:
POB State:
Alien Number:
Company Name:
City:                                                   State:                Zip:
DHS Exec:   No

EOD:

---

**U.S. Immigration and Customs Enforcement (DHS)**
Aka:
POB City:
DOB:
Address:

DHS Emp:  NO
Phone:
Email:

**Work**
SSN:
POB State:
Alien Number:
Company Name:
City:                                                   State:                Zip:
DHS Exec:   No

EOD:

---

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

2 of 4 Pages

Cho Decl. ISO MSJ
Exhibit K
Page 104

DHS-OIG June 2023 0097

# Case Summary Report
## C21-ICE-DO-17226

## People - Complainants

**Unknown, Unknown**

| | | |
|---|---|---|
| Aka: | **Home** | |
| POB City: | SSN: | EOD: |
| DOB: | POB State: | |
| Address: | Alien Number: | |
| | Company Name: | |
| | City: | State:   Zip: |
| DHS Emp:   No | DHS Exec:   No | |
| Phone: | | |
| Email: | | |

---

**Unknown, Unknown**

| | | |
|---|---|---|
| Aka: | **Work** | |
| POB City: | SSN: | EOD: |
| DOB: | POB State: | |
| Address: | Alien Number: | |
| | Company Name: | |
| | City: | State:   Zip: |
| DHS Emp:   No | DHS Exec:   No | |
| Phone: | | |
| Email:   Unknown@unknown.com | | |

## People - Witness

## People - Victims

## Violations

## Case Dates:

| | | |
|---|---|---|
| Received:   4/15/2021 | Assigned: | Reassigned: |
| Prb Referral: | Retention: | Acknowledged: |
| Incident Start: | Incident End: | Approx:   No |
| Police Report: | Police Rpt #: | |
| Notified: | Reesponse: | Referred: |
| Investigation Comp: | Closed:   7/27/2021 | |
| Prb Decision: | Reopened: | |

---

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

3 of 4 Pages

Cho Decl. ISO MSJ
Exhibit K
Page 105

DHS-OIG June 2023 0098

# Case Summary Report
## C21-ICE-DO-17226

### Location
Airport:  
City: Adelanto  
Facility:  
Investigation Loc:  
Transport Mode:  

Location:  
State: CA   Zip:  
FFDO Airline:  
Region:  

### Technical

### Disposition - Criminal

### Dispositions - Civil

### Dispositions - Admin

### MA

### ROI / Referral
Case Type: Complaint  
Action: Referred - No Reply  
Referral Date: 6/30/2021  
Agency Referred:  
Response Date: 6/30/2021  
Closed Date: 7/27/2021  

### Collaterals

### Uploaded Documents
Date Prepared:  
Doc Type: Complaint Origination Document(s)  
Description: 69233_20210415151905_04.15.2021 S1 Correspondence Becker National Qualified Representative Program _ Becker_ DHS Exec. Sec..pdf  
Grand Jury: No

**IMPORTANT NOTICE**

This report is intended solely for the official use of the Department of Homeland Security, or any entity receiving a copy directly from the Office of Inspector General. This report remains the property of the Office of Inspector General, and no secondary distribution may be made, in whole or in part, outside the Department of Homeland Security, without prior authorization by the Office of Inspector General. Public availability of the report will be determined by the Office of Inspector General under 5 U.S.C. 552. Unauthorized disclosure of this report may result in criminal, civil, or administrative penalties.

4 of 4 Pages

Cho Decl. ISO MSJ  
Exhibit K  
Page 106

DHS-OIG June 2023 0099