1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
MKaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, <br><br> *Plaintiff*, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br> *Defendants*. | Case No. 2:22-cv-04760-SHK <br><br> **JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON THE PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT REGARDING DEFENDANTS DEPARTMENT OF HOMELAND SECURITY AND DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL** <br><br> Honorable Shashi H. Kewalramani <br> United States Magistrate Judge |

EUNICE CHO (*pro hac vice*)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
39 Drumm Street
San Francisco, CA 94111
Telephone: (202) 393-4930

Attorneys for Plaintiff

IT IS HEREBY STIPULATED, by and between Plaintiff American Civil Liberties Union Foundation of Southern California and Defendants Department of Homeland Security ("DHS") and DHS Office of Inspector General ("DHS-OIG") (collectively "Defendants"), through their counsel, and subject to an order of this Court as follows:

1. Pursuant to the Court's December 21, 2023 Scheduling Order, Dkt. No. 64, on February 23, 2024, Plaintiff filed its Motion for Summary Judgment against Defendants DHS and DHS-OIG ("Plaintiff's Motion").

2. In originally calculating the word count, counsel for Plaintiff inadvertently failed to count the words in the footnotes, resulting in an undercount of words they certified as being in Plaintiff's Motion.

4. To remedy the matter, Plaintiff's counsel offered to Defendants' counsel to file an amended Motion for Summary Judgment that complies with the word count limit of Local Rule 11-6.1, and extend the briefing schedule to ensure Defendants would not be prejudiced by the late filing of Plaintiff's Amended Motion.

5. Undersigned Defendants' counsel agreed to this resolution of the matter, and the Parties agreed on the following proposed amended schedule for the above-referenced Parties' Cross-Motions for Summary Judgement, to supersede the schedule set forth in the Court's December 21, 2023 Scheduling Order, Dkt. No. 64.

| | |
|---|---|
| Deadline for Plaintiff to File Motion for Summary Judgment against DHS and DHS-OIG | March 1, 2024 |
| Deadline for Defendants DHS and DHS-OIG to File Cross Motion for Summary Judgment and Opposition Brief | March 27, 2024 |
| Deadline for Plaintiff to File Opposition and Reply Briefs | April 17, 2024 |
| Deadline for Defendants DHS and DHS-OIG File Reply Brief | May 1, 2024 |
| Hearing on Cross-Motions | May 15, 2024 at 10:00 a.m., or at the convenience of the Court |

1

**IT IS SO STIPULATED.**

Dated: February 29, 2024

Respectfully submitted,

**HOQ LAW APC**

_/s/ Laboni A. Hoq_
LABONI A. HOQ

Attorneys for Plaintiff American Civil
Liberties Union Foundation of Southern
California

Dated: February 29, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation
Section

_/s/ Jason Axe_
JOSEPH W. TURSI*
JASON K. AXE
Assistant United States Attorneys

Attorneys for Defendants

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed,
and on whose behalf the filing is submitted, concur in the filing's content and have
authorized the filing.