1
2
3
4
5
6
7
8
9
10      UNITED STATES DISTRICT COURT
11    FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al. <br><br> Defendants. | No. 2:22-cv-04760-SHK <br><br> [PROPOSED] ORDER GRANTING JOINT STIPULATION TO AMEND BRIEFING SCHEDULE ON PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT REGARDING DEFENDANTS DEPARTMENT OF HOMELAND SECURITY AND DEPARTMENT OF HOMELAND SECURITY OFFICE OF INSPECTOR GENERAL <br><br><br> Honorable Shashi H. Kewalramani <br> United States Magistrate Judge |

The Court, having considered the Parties' Joint Stipulation to Amend the Briefing Schedule on the Parties' Cross-Motions for Summary Judgment Regarding Defendants Department of Homeland Security ("DHS") and DHS Office of Inspector General ("DHS-OIG") (collectively "Defendants"), and with good cause shown, hereby ORDERS the following amended schedule:

- Deadline for Plaintiff to File Motion for Summary Judgment against DHS and DHS-OIG is March 1, 2024
- Deadline for Defendants DHS and DHS-OIG to File Cross Motion for Summary Judgment and Opposition Brief is March 27, 2024
- Deadline for Plaintiff to File Opposition and Reply Brief is April 17, 2024
- Deadline for Defendants DHS and DHS-OIG File Reply Brief is May 1, 2024
- Hearing on Cross-Motions shall be on May 15, 2024 at 10:00 a.m., or on a date or time thereafter at the convenience of the Court.

**IT IS SO ORDERED.**

Dated:   03/04/2024

_____
Honorable Shashi H. Kewalramani
United States Magistrate Judge