LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

MICHAEL KAUFMAN (SBN 254575)
MKaufman@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017 Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
JASON K. AXE (Cal. Bar No. 187101)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989 | 8790
    Facsimile: (213) 894-7819
    E-mail: Joseph.Tursi@usdoj.gov
           Jason.Axe@usdoj.gov
Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br>    *Plaintiff*,<br>v.<br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br>    *Defendants*. | Case No. 2:22-cv-04760-SHK<br><br>**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT RE DEFENDANTS DHS & OIG**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

EUNICE CHO (*pro hac vice*)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

Attorneys for Plaintiff

IT IS HEREBY STIPULATED, by and between Plaintiff American Civil Liberties Union Foundation of Southern California and Defendants Department of Homeland Security ("DHS") and DHS Office of Inspector General ("DHS-OIG") (collectively "Defendants"), through their counsel, and subject to an order of this Court as follows:

1. On March 4, 2024, this Court entered an order setting a briefing schedule for the parties' cross-motions for summary judgment as to Plaintiff's claims against Defendants DHS and DHS-OIG.

2. The current deadline for Defendants DHS and DHS-OIG to file their cross motion for summary judgment and opposition brief to Plaintiff's motion is March 27, 2024.

3. On March 22, 2024, undersigned counsel for Defendant was advised by agency counsel for DHS-OIG that upon her recent return to her office from a multi-day work training conference, she learned that the DHS-OIG agency declarant was on leave and would not be returning to the office until early April.

4. The parties met and conferred regarding extending the current deadlines. Defendants DHS and DHS-OIG requested a two-week extension to file their cross motion for summary judgment and opposition brief, and Plaintiff agreed. The parties have reached an agreement, subject to the approval of this Court, to the following briefing schedule:

| | |
|---|---|
| Defendants DHS and DHS-OIG File Cross Motion for Summary Judgment and Opposition Brief | April 10, 2024 |
| Plaintiff Files Opposition and Reply Briefs | May 1, 2024 |
| Defendants DHS and DHS-OIG File Reply Brief | May 15, 2024 |
| Hearing on Cross-Motions | May 22, 2024, or at the convenience of the Court and the parties |

5. The parties are aware that their proposed schedule only provides for one week between Defendants' filing of their reply brief and the hearing on the cross-

1

motions. This proposed schedule is requested based on Counsel for Defendants' need for two weeks to prepare the reply brief, due to undersigned Defense counsel's pre-scheduled April 30, 2024 trial before the Honorable Jesus G. Bernal. The proposed schedule is also requested based on the unavailability of Plaintiff's counsel to set the hearing date for May 29 through June 12, 2024.

6. Therefore, the parties respectfully request that the Court amend the briefing schedule as set forth above, for the reasons set forth herein.

**IT IS SO STIPULATED.**

Dated: March 25, 2024

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

   /s/ *Jason K. Axe*
JASON K. AXE
JOSEPH W. TURSI
Assistant United States Attorneys
Attorneys for Defendants

Dated: March 25, 2024

Respectfully submitted,

**HOQ LAW APC**

   /s/ *Laboni A. Hoq*
LABONI A. HOQ*

Attorneys for Plaintiff American Civil Liberties Union Foundation of Southern California

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

2