UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No. 2:22-cv-04760-SHK<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE ON MOTIONS FOR SUMMARY JUDGMENT RE DEFENDANTS DHS & OIG**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

The Court, having considered the Parties' Joint Stipulation to Extend Briefing Schedule on Motions for Summary Judgment re Defendants DHS and OIG, and good cause shown, hereby ORDERS as follows:

- Defendants DHS and DHS-OIG shall file their Cross-Motion for Summary Judgment and Opposition Brief by April 10, 2024;
- Plaintiff shall file its Opposition and Reply Briefs by May 1, 2024;
- Defendants DHS and DHS-OIG shall file their Reply Brief by May 15, 2024;
- A hearing on the Cross-Motions will be held on May 22, 2024 [or on a date thereafter at the convenience of the Court and parties].

**IT IS SO ORDERED.**

Dated:  March 29, 2024

_____
Honorable Shashi H. Kewalramani
United States Magistrate Judge