| From: | Laboni Hoq |
|---|---|
| To: | Tursi, Joseph (USACAC) |
| Cc: | MKaufman@aclusocal.org; echo@aclu.org; kvirgien@aclu.org; Medrano, Alarice (USACAC) |
| Subject: | [EXTERNAL] Re: ACLU v. DHS, et al. | Update |
| Date: | Tuesday, January 24, 2023 2:16:57 PM |

Hi Joe,

Thanks for this update. On DHS, we do not agree that the correspondence you forwarded from the DHS Privacy Office is by itself an adequate response to our Request. However, we will hold off on potentially seeking a separate search from DHS HQ until after we have reviewed additional productions from ICE and OIG.

Speak to you soon at the continued scheduling conference this afternoon.

On Mon, Jan 23, 2023 at 3:54 PM Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov> wrote:

> All,
>
> I wanted to provide an update ahead of tomorrow's case management conference with respect to DHS-HQ's role. Since we spoke last week, I learned that DHS-HQ's Privacy Office referred your client's FOIA request to DHS OIG and ICE. The referral was communicated by letter dated May 18, 2022 to Michael. (A copy is attached.)
>
> Separately, my POC at ICE is on leave but I hope to have an update on the locations/databases being searched soon.
>
> Please let me know if there are any questions.
>
> Thanks,
>
> -Joe
>
> **Joseph W. Tursi** | **Assistant United States Attorney**
> United States Attorney's Office | Central District of California
> 300 N. Los Angeles Street, Suite 7516 | Los Angeles, CA 90012
> O: 213.894.3989 | C: 213.500.9355 | F: 213.894.7819 | joseph.tursi@usdoj.gov

EXHIBIT 2
13

\-\-
**Laboni A. Hoq**
Hoq Law APC
P.O. Box 753
South Pasadena, CA 91030
Telephone: 213-973-9004
www.hoqlaw.com

EXHIBIT 2
14