1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>**[PROPOSED] JUDGMENT FOR DEFENDANTS DHS AND DHS OIG**<br><br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |
|---|---|

1  Before the Court is the motion for summary judgment brought by Defendants U.S.
2  Department of Homeland Security and U.S. Department of Homeland Security Office of
3  Inspector General. Upon consideration of the memorandum of points and authorities in
4  support thereof, Plaintiff's Opposition, Defendants' Reply, and the files and records in
5  this case, and in accordance with the Findings of Fact and Conclusions of Law herein:

6  IT IS HEREBY ORDERED, ADJUDICATED, and DECREED that judgment is
7  entered in favor of Defendants U.S. Department of Homeland Security and U.S.
8  Department of Homeland Security Office of Inspector General and against Plaintiff
9  American Civil Liberties Union Foundation of Southern California on all causes of
10 action.

12  Dated:

    Honorable Shashi H. Kewalramani
    United States Magistrate Judge