E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JASON K. AXE (Cal. Bar No. 187101)
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorneys
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-8790 | 3989
     Facsimile: (213) 894-7819
     E-mail: Jason.Axe@usdoj.gov
           Joseph.Tursi@usdoj.gov

Attorneys for Defendant DHS OIG

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>    Defendants. | Case No. 2:22-cv-04760 SHK<br><br>**DEFENDANT DHS OIG'S NOTICE OF LODGING OF DOCUMENTS FOR *IN CAMERA* REVIEW PURSUANT TO COURT ORDER (DKT. NO. 87)** |

PLEASE TAKE NOTICE that on July 29, 2024, Defendant United States Department of Homeland Security Office of Inspector General (DHS OIG) submitted to the Court for *in camera* review an unredacted copy of 367 pages of documents pursuant to the Court's July 8, 2024 Order on Parties' Cross Motions for Summary Judgment (Dkt. No. 87). The unredacted pages are separated by production as follows:

| PRODUCTION | PAGE NUMBERS |
| --- | --- |
| March 2023 Production (*Vaughn* Entry No. 9 [Dkt. 79-3 at 24-29]) | 10-36, 38-46, 50-87, 89-93, 95-98, 100-101, 104-105, 110, 112, 114-116[1], 118, 120-121, 124-125, 129-130, 133-134, 140-141, 145-146, 148, 151, 154, 156, 159-161, 166-167 |
| June 2023 Production (*Vaughn* Entry No. 9 [Dkt. 79-3 at 29-32]) | 3-12, 16-25, 29-38, 39-48, 52-61, 63-72, 76-85, 89, 91, 93-94 |
| July 2023 Production (*Vaughn* Entry No. 9 [Dkt. 79-3 at 32-36]) | 1, 4-8, 10-12, 14-26, 28-39, 42-44, 46-58, 60-71, 75-86, 96-98, 103-107, 110-112, 123-124, 126-129, 131-132, 137-141, 149-151, 154-156, 159-161, 164-175, 182-184, 186-187, 190-191, 193-202, 206-207, 209-210, 212-221, 227-228, 230-232, 234, 236-237, 239, 241-242, 244, 246, 248-249, 251-252, 254, 256, 258-259, 261-269 |

---

[1] Page 116 was already released in full and thus not submitted to the Court for *in camera* inspection. *See* Dkt. 79-3 (*Vaughn* Index) at 26.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 29, 2024 | E. MARTIN ESTRADA<br>United States Attorney<br>DAVID M. HARRIS<br>Assistant United States Attorney<br>Chief, Civil Division<br>JOANNE S. OSINOFF<br>Assistant United States Attorney, Chief,<br>Complex and Defensive Litigation Section |
|  |   /s/ *Joseph W. Tursi*<br>JOSEPH W. TURSI<br>JASON K. AXE<br>Assistant United States Attorneys<br>Attorneys for Defendant DHS OIG |