LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**PLAINTIFF'S STATUS REPORT RE COURT'S ORDER ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT [DKT. 87]**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |


EUNICE CHO (*pro hac vice*)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

*Attorneys for Plaintiff*

In accordance with the Court's Summary Judgment Order, ECF No. 87, counsel for Plaintiff and Defendants met on July 26, 2024, to meet and confer regarding Defendants' production of previously withheld records, and Defendants' search for documents related to a letter and resulting case report regarding Mr. Vargas Arellano sent by legal service providers representing detained immigrants as part of the National Qualified Representative Program (NQRP), which requested investigation by the DHS Office of Civil Rights and Civil Liberties (CRCL).

<u>Documents Subject to Exemptions 6 and 7(c)</u>

During the call, the Parties agreed that by August 26, 2024, Defendants would produce documents withheld subject to Exemptions 6 and 7(c) and not subject to the Defendants' Ex Parte Motion at ECF No. 88.

Plaintiff also proposed that absent a court order to the contrary, Defendants would produce all documents withheld under Exemptions 6 and 7(c) by August 26, 2024.

<u>Search for Additional Records</u>

With respect to Defendants' search of documents related to the NQRP letter for Mr. Vargas Arrellano's death, and the request to CRCL, Plaintiff suggested the following proposal:

- Regarding OIG, on July 26, 2024 Defendants proposed search parameters (search terms, locations and timeframe) for a further search of its records, and on July 31, 2024, Plaintiff provided a counter-proposal for search parameters.
- Regarding CRCL, on July 31, 2024 Plaintiff also provided Defendants proposed search parameters for its search.

Plaintiff has asked that OIG and CRCL provide Plaintiff hit counts in response to its proposed parameters by August 8, 2024, that the Parties meet and confer by August 14, 2024 to finalize the search parameters, and that Defendants would produce all responsive documents by October 31, 2024.

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
PLAINTIFF'S OPPOSITION TO DHS-OIG'S EX PARTE APPLICATION

1

In response to Plaintiff's proposals, Counsel for Defendants informed Plaintiff that they have passed along Plaintiff's proposals to Defendants and will reply shortly.

Respectfully submitted this 2d of August, 2024.
/S/ _____
Laboni Hoq

| LABONI A. HOQ (SBN 224140) <br> laboni@hoqlaw.com <br> HOQ LAW APC <br> P.O. Box 753 <br> South Pasadena, California 91030 <br> Telephone: (213) 973-9004 | EUNICE CHO (pro hac vice) <br> echo@aclu.org <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> NATIONAL PRISON PROJECT <br> 915 Fifteenth Street NW, 7th Floor <br> Washington, DC 20005 <br> Telephone: (202) 548-6616 |
|---|---|
| EVA BITRAN (SBN 302081) <br> ebitran@aclusocal.org <br> ACLU FOUNDATION OF SOUTHERN CALIFORNIA <br> 1313 West Eighth Street <br> Los Angeles, California 90017 <br> Telephone: (213) 977-9500 <br> Facsimile: (213) 915-0219 | KYLE VIRGIEN (SBN 278747) <br> kvirgien@aclu.org <br> AMERICAN CIVIL LIBERTIES UNION FOUNDATION <br> NATIONAL PRISON PROJECT <br> 425 California St., Suite 700 <br> San Francisco, CA 94104 <br> Telephone: (202) 393-4930 <br><br> *Attorneys for Plaintiff* |

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
PLAINTIFF'S OPPOSITION TO DHS-OIG'S EX PARTE APPLICATION

2