UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>Defendants. | Case No. 2:22-cv-04760 SHK<br><br>**[PROPOSED] ORDER GRANTING MOTION FOR RECONSIDERATION, OR IN THE ALTERNATIVE, TO ALTER, AMEND, OR OBTAIN RELIEF FROM THE COURT'S ORDER ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT [ECF 87]** |

IT IS SO ORDERED that for the reasons set forth in Defendant DHS OIG's motion for reconsideration:

(1) The portion of this Court's July 8, 2024 Order on Parties' Cross Motions for Summary Judgment [ECF 87] requiring the parties to meet and confer on a timeline for production of the 13 pages containing redacted immigration information, identified in DHS OIG's motion for reconsideration, is STAYED pending further order of the Court.

/ / /

/ / /

(2) Within **3 court days** of the date of this Order, DHS OIG will produce to the Court the 13 pages containing redacted immigration information that were identified in DHS OIG's motion for reconsideration for *in camera* inspection. DHS OIG will also provide this Court with a citation to the DHS immigration regulation that it has contended provides context regarding the withholding of the immigration information, but which it is not able to publicly disclose, for *in camera* review.

Dated:_____

UNITED STATES MAGISTRATE JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ *Jason K. Axe*
JASON K. AXE
JOSEPH W. TURSI
Assistant United States Attorney
Attorneys for Defendant DHS OIG