# EXHIBIT A

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

**REPORT NAME:** STR - Plaintiff Revised Search 090221        **Searchable Set:** New Custodians



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Relativity Group ID | Total documents without hits |
|---:|---:|---:|---:|
| 761,184 | 106,187 | 137,257 | 623,927 |

**Report Generated:** 9/2/2021 6:37:46 PM                                                                                     Page 1 of 7

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

| Report Name: | STR - Plaintiff Revised Search 090221 | Searchable Set: | New Custodians |



| Search Term | Count |
|---|---|
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 ("publ... | 550 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Coro... | 23,851 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (COVI... | 106,187 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (COVI... | 100,883 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Epide... | 335 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Fauci... | 15 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Outb... | 6,348 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Pand... | 20,984 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Wuh... | 1,467 |

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

| REPORT NAME: | STR - Plaintiff Revised Search 090221 | Searchable Set: | New Custodians |

## Terms Summary

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 ("public health emergency")) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 550 | 1,073 | 0 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Corona*)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 23,851 | 37,788 | 0 |

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

**REPORT Name:** STR - Plaintiff Revised Search 090221  **Searchable Set:** New Custodians

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (COVID* OR Corona* OR Pandemic OR Epidemic OR Outbreak OR "public health emergency" OR Wuhan OR Fauci)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 106,187 | 137,257 | 0 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (COVID*)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 100,883 | 128,630 | 0 |

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

**REPORT Name:** STR - Plaintiff Revised Search 090221  **Searchable Set:** New Custodians

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Epidemic)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 335 | 1,019 | 0 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Fauci)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 15 | 25 | 0 |

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

| | |
|---|---|
| **REPORT Name:** STR - Plaintiff Revised Search 090221 | **Searchable Set:** New Custodians |

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Outbreak)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 6,348 | 12,378 | 0 |
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Pandemic)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 20,984 | 32,066 | 0 |

# OPLA - GILD - ACLU Covid 21-00008
## Search Terms Report

**REPORT Name:** STR - Plaintiff Revised Search 090221    **Searchable Set:** New Custodians

| Term | Documents with hits | Documents with hits, including Relativity Group ID | Unique hits |
|---|---|---|---|
| ((detain* OR detention OR facility OR center OR correction* OR jail) W/10 (Wuhan)) AND NOT ("Health law360" OR "White collar law360" OR "Yale today" OR "Public Policy Law360" OR "Class Action Law360" OR "APHA" OR "AHIMA Smartbrief" OR "GovExec Today" OR "Immigration Law360" OR "YAA News" OR Newsletter OR "Microsoft Teams invites") | 1,467 | 3,620 | 0 |