

## DHS FOIA - CRCL Production

### Search Terms Report

**Report Name:** 2024-CRLI-00005 Search Terms    **Searchable Set:** 2024-CRLI-00005



### Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 993 | 178 | 0 | 815 |



Exhibit 1



## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "205 718 808" | 3 | 0 | 0 |
| "205718808" | 1 | 0 | 0 |
| "A# 205718808" | 0 | 0 | 0 |
| "A#205718808" | 0 | 0 | 0 |
| "A205 718 808" | 5 | 0 | 0 |
| "A205718808" | 1 | 0 | 0 |
| "Martin Vargas-Arellano" | 10 | 0 | 0 |
| "Vargas Arellano" | 13 | 0 | 0 |
| "Vargas-Arellano" | 13 | 0 | 0 |
| (detainee w/10 (hospital* OR death OR die OR died OR dead OR expire)) | 153 | 0 | 143 |
| (Martin /3 (Vargas OR Arellano)) | 16 | 0 | 0 |
| "Directive 11003.2" | 0 | 0 | 0 |
| "Directive 11003.4" | 0 | 0 | 0 |
| "Directive 11003.5" | 1 | 0 | 0 |
| "National Qualified Representative Program" | 20 | 0 | 10 |
| "NQRP" | 16 | 0 | 5 |

**Report Generated:**    11/18/24 1:29:58 PM                               Page 3 of 3



# DHS FOIA - CRCL Production

## Search Terms Report

**Report Name:** 2024-CR-Other-00011 Search Terms   **Searchable Set:** 2024-CR-Other-00011



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Group | Total documents without hits |
|---|---|---|---|
| 567 | 375 | 0 | 192 |

Exhibit 1



**Exhibit 1**



## Terms Summary

| Term | Documents with hits | Documents with hits, including group | Unique hits |
|---|---|---|---|
| "205 718 808" | 19 | 0 | 9 |
| "205718808" | 18 | 0 | 0 |
| "A# 205718808" | 0 | 0 | 0 |
| "A#205718808" | 0 | 0 | 0 |
| "A205 718 808" | 42 | 0 | 0 |
| "A205718808" | 9 | 0 | 0 |
| "Martin Vargas-Arellano" | 108 | 0 | 0 |
| "Vargas Arellano" | 122 | 0 | 0 |
| "Vargas-Arellano" | 122 | 0 | 0 |
| (detainee w/10 (hospital* OR death OR die OR died OR dead OR expire)) | 255 | 0 | 224 |
| (Martin /3 (Vargas OR Arellano)) | 130 | 0 | 6 |
| "Directive 11003.2" | 0 | 0 | 0 |
| "Directive 11003.4" | 0 | 0 | 0 |
| "Directive 11003.5" | 1 | 0 | 0 |
| "National Qualified Representative Program" | 58 | 0 | 6 |
| "NQRP" | 53 | 0 | 1 |

**Report Generated:**    11/15/24 3:28:18 PM                    Page 3 of 3

**Exhibit 1**