1  LABONI A. HOQ (SBN 224140)
   *laboni@hoqlaw.com*
2  HOQ LAW APC
   P.O. Box 753
3  South Pasadena, California 91030
   Telephone: (213) 973-9004
4
5  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
6  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
7  Los Angeles, California 90017
   Telephone: (213) 977-9500
   Facsimile: (213) 915-0219
8
9  Attorneys for Plaintiff
   *(additional counsel information on next page)*

10
11

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

12

13   AMERICAN CIVIL LIBERTIES
     UNION FOUNDATION OF
14   SOUTHERN CALIFORNIA,

15          *Plaintiff*,

16          v.

17   UNITED STATES IMMIGRATION
     AND CUSTOMS ENFORCEMENT,
18   *et al*.,

19          *Defendants*.

Case No. 2:22-CV-04760-SHK

**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AGAINST DEFENDANT U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT**

Honorable Shashi H. Kewalramani
United States Magistrate Judge

20
21
22
23
24
25
26
27
28

EUNICE CHO (*pro hac vice*)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

*Attorneys for Plaintiff*

IT IS HEREBY STIPULATED, by and between Plaintiff American Civil Liberties Union Foundation of Southern California and Defendant U.S. Immigration and Customs Enforcement ("ICE"), through their counsel, and subject to an order of this Court as follows:

1.       On January 17, 2025 by telephone, and through email communication, the Parties met and conferred pursuant to Local Rule 7-3 to discuss their intent to file Cross-Motions for Summary Judgment as to Plaintiff against Defendant ICE.

2.       During the Rule 7-3 conference and communications, ICE confirmed that it would complete its production of records responsive to Plaintiff's Freedom of Information ("FOIA") request on or about January 22, 2025. Plaintiff stated that it intends to file a Motion for Summary Judgment against ICE regarding its claims of search adequacy, and a second Motion for Summary Judgment against ICE regarding its wrongful withholding of documents, and improper redactions. Defendant ICE stated that it intends to file Cross-Motions for Summary Judgment as to all of Plaintiff's claims.

3.       In addition to the content of the Motions, the Parties have discussed the timing of filing their Cross-Motions, and proposals for a briefing schedule. They also discussed the deadline for ICE to produce a search summary to address Plaintiff's search adequacy claim and a *Vaughn* Index to address Plaintiff's wrongful withholding claim to facilitate the briefing. This search summary shall include dates of searches, all search terms used, custodians and file locations searched, and the number of pages produced by ICE.

4.       Although a *Vaughn* index must address "each withheld document or deletion from a released document," Plaintiff will provide a list of documents to be addressed in ICE's *Vaughn* index to expedite the process. *Founding Church of Scientology of Washington, D.C., Inc. v. Bell*, 603 F.2d 945, 949 (D.C. Cir. 1979).

1

5.        Based on these discussions, the Parties stipulate and agree, subject to an order of this Court, to the following schedule for the Parties to file and brief Cross-Motions for Summary Judgment, and for Defendant ICE to produce a search summary and *Vaughn* index.

## Search Adequacy MSJ

- January 22, 2025: ICE completes its production of documents
- February 19, 2025: ICE produces search summary to Plaintiff
- February 26, 2025: Plaintiff files Motion for Summary Judgment on search adequacy
- March 19, 2025: Defendant files Cross Motion for Summary Judgment and Opposition Brief on search adequacy
- April 9, 2025: Plaintiff files Opposition and Reply Brief on search adequacy
- April 23, 2025: Defendant files Reply Brief on search adequacy
- May 7, 2025, or a date thereafter at the convenience of the Court: Hearing on Cross-Motions

## Exemption/Withholding MSJ

- January 22, 2025: ICE completes its production of documents
- January 29, 2025: Plaintiff provides list of items to ICE for *Vaughn* index
- March 19, 2025: ICE produces *Vaughn* Index to Plaintiff
- April 30, 2025: If necessary, Plaintiff files Motion for Summary Judgment on withholding and improper redactions
- May 21, 2025: ICE files Cross Motion for Summary Judgment and Opposition Brief
- June 11, 2025: Plaintiff files Opposition and Reply Briefs
- June 25, 2025: ICE files Reply Brief

1

- July 9, 2025, or a date thereafter at the convenience of the Court: Hearing

2

on Cross-Motions

3

4      **IT IS SO STIPULATED.**

5      Respectfully submitted this 21st day of January 2025.

6

7      /S/ Laboni A. Hoq

8

9

| LABONI A. HOQ (SBN 224140) | EUNICE CHO (pro hac vice) |
|---|---|
| laboni@hoqlaw.com | echo@aclu.org |
| HOQ LAW APC | AMERICAN CIVIL LIBERTIES |
| P.O. Box 753 | UNION FOUNDATION |
| South Pasadena, California 91030 | NATIONAL PRISON PROJECT |
| Telephone: (213) 973-9004 | 915 Fifteenth Street NW, 7th Floor |
| | Washington, DC 20005 |
| | Telephone: (202) 548-6616 |
| EVA BITRAN (SBN 302081) | KYLE VIRGIEN (SBN 278747) |
| ebitran@aclusocal.org | kvirgien@aclu.org |
| ACLU FOUNDATION OF | AMERICAN CIVIL LIBERTIES |
| SOUTHERN CALIFORNIA | UNION FOUNDATION |
| 1313 West Eighth Street | NATIONAL PRISON PROJECT |
| Los Angeles, California 90017 | 425 California St., Suite 700 |
| Telephone: (213) 977-9500 | San Francisco, CA 94104 |
| Facsimile: (213) 915-0219 | Telephone: (202) 393-4930 |
| | |
| | *Attorneys for Plaintiff* |

| | JOSEPH T. MCNALLY |
|---|---|
| | Acting United States Attorney |
| | DAVID M. HARRIS |
| | Assistant United States Attorney |
| | Chief, Civil Division |
| | JOANNE S. OSINOFF |
| | Assistant United States Attorney |

3

|   |   |
|---|---|
| 1 | Chief, Complex and Defensive Litigation Section |
| 2 | |
| 3 | /S/ Joseph W. Tursi |
| 4 | JOSEPH W. TURSI* JASON K. AXE |
| 5 | Assistant United States Attorneys |
| 6 | Attorneys for Defendants |

7

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4