LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR CROSS-MOTIONS FOR SUMMARY JUDGMENT AGAINST DEFENDANT U. S. IMMIGRATION AND CUSTOMS ENFORCEMENT**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

The Court, having considered the Parties' Joint Stipulation to Set Briefing Schedule for Cross-Motions for Summary Judgment as to Claims Against Defendant U.S. Immigration and Customs Enforcement ("ICE"), and good cause shown, hereby ORDERS as follows:

For the Parties' briefing on search adequacy:

- Defendant ICE shall complete its production of documents by January 22, 2025;
- Defendant ICE shall produce a search summary to Plaintiff by February 19, 2025. The search summary shall include dates of searches, all search terms used, custodians and file locations searched, and the number of pages produced by ICE;
- Plaintiff shall file a Motion for Summary Judgment on search adequacy by February 26, 2025;
- Defendant ICE shall file a Cross-Motion for Summary Judgment and Opposition Brief by March 19, 2025;
- Plaintiff shall file its Opposition and Reply Briefs by April 9, 2025;
- Defendant ICE shall file its Reply Brief by April 23, 2025;
- A hearing on the Cross-Motions regarding search adequacy will be held on May 7, 2025 [or on a day thereafter at the convenience of the Court.]

For the Parties' briefing on claimed exemptions and withholding of documents:

- Plaintiff shall provide a list of documents to ICE for inclusion in a *Vaughn* index by January 29, 2025;
- Defendant ICE shall produce a *Vaughn* Index to Plaintiff by March 19 2025;
- Plaintiff shall file a Motion for Summary Judgment on withholding and improper redactions by April 30, 2025;

1 • Defendant ICE shall file its Cross Motion for Summary Judgment and Opposition Brief by May 21, 2025;
• Plaintiff shall file its Opposition and Reply Briefs by June 11, 2025;
• Defendant ICE shall file its Reply Brief by June 25, 2025;
• A hearing on the Cross-Motions regarding claimed exemptions and withholding of documents will be held on July 9, 2025 [or on a day thereafter at the convenience of the Court.]

**IT IS SO ORDERED.**

Dated: 1/24/25

Honorable Shashi H. Kewalramani
United States Magistrate Judge

2