1  LABONI A. HOQ (SBN 224140)
2  *laboni@hoqlaw.com*
   HOQ LAW APC
3  P.O. Box 753
   South Pasadena, California 91030
4  Telephone: (213) 973-9004

5  EVA BITRAN (SBN 302081)
   *ebitran@aclusocal.org*
6  ACLU FOUNDATION OF SOUTHERN CALIFORNIA
   1313 West Eighth Street
7  Los Angeles, California 90017
   Telephone: (213) 977-9500
   Facsimile: (213) 915-0219
8
   Attorneys for Plaintiff
9  *(additional counsel information on next page)*

10            **UNITED STATES DISTRICT COURT**
         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11

12

13  | AMERICAN CIVIL LIBERTIES | Case No. 2:22-CV-04760-SHK |
    UNION FOUNDATION OF

14  SOUTHERN CALIFORNIA,     **PLAINTIFF'S STATEMENT OF
                             UNCONTROVERTED FACTS IN**
15          *Plaintiff*,     **SUPPORT OF MOTION FOR
                             PARTIAL SUMMARY JUDGMENT**
                             **AGAINST DEFENDANT U.S.**
16          v.               **IMMIGRATION AND CUSTOMS
                             ENFORCEMENT**
17  UNITED STATES IMMIGRATION
    AND CUSTOMS ENFORCEMENT,
18  UNITED STATES DEPARTMENT
    OF HOMELAND SECURITY,      Honorable Shashi H. Kewalramani
                               United States Magistrate Judge
19          *Defendants*.

20

21

22

23

24

25

26

27

28  *ACLU of Southern California v. U.S. ICE, et al.,*
    Case No. 2:22-CV-04760-SHK
    PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

1   EUNICE CHO (*pro hac vice*)
    *echo@aclu.org*
2   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    NATIONAL PRISON PROJECT
3   915 Fifteenth Street NW, 7th Floor
    Washington, DC 20005
4   Telephone: (202) 548-6616

5   KYLE VIRGIEN (SBN 278747)
    *kvirgien@aclu.org*
6   AMERICAN CIVIL LIBERTIES UNION FOUNDATION
    NATIONAL PRISON PROJECT
7   425 California St., Suite 700
    San Francisco, CA 94104
8   Telephone: (202) 393-4930

9   *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ACLU of Southern California v. U.S. ICE, et al.,*
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

**PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS IN
SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT
AGAINST DEFENDANT U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT**

1. Plaintiff submitted its FOIA request ("Request") to Defendant ICE on April 29, 2022, seeking information about ICE's practice of deathbed releases of immigration detainees.

   *Evidence*: ECF No. 1-1 (FOIA Request).

2. In a March 4, 2021 email, ICE's Field Operations Division directed the "LOS" Field Office "to begin the necessary paperwork for a death notification in the event of [Mr. Vargas's] demise."

   *Evidence*: Email chain dated Mar. 4, 2021, Ex. V, Cho Decl. at Bates 13390.

3. The Department of Homeland Security Office of Civil Rights and Civil Liberties (CRCL) issued a memorandum to 13 named ICE staff related to an investigation it had conducted at the Adelanto ICE Processing Center including into a complaint regarding ICE's release of Mr. Vargas Arellano, requesting: "ICE provide a response to CRCL 60 days whether it concur or non-concur with these recommendations. If ICE concurs, please include an action plan."

   *Evidence*: Memorandum from Dana Salvano-Dunn, Ex. W, Cho Decl. at 1, 8–10.

4. According to ICE ERO Directive No. 11853.3, *Significant Detainee Illness* (SDI Directive), ICE maintains an "SDI list" that includes cases of detainees where there is "significant coordination required to repatriate or to release a detainee/resident in the United States due to their medical condition."

   *Evidence*: Exhibit A to Pl.'s Jun. 26, 2023 Letter, ICE, ICE ERO Directive No. 11853.3, *Significant Detainee Illness*, Dec. 1, 2015, Ex. P, Cho Decl. at Bates No. 2047.

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

3

5.   The SDI Directive describes a "SDI meeting" as "a collaborative effort involving IHSC, ERO Field Operations, and the Office of the Principal Legal Advisor (OPLA)."

*Evidence*: Exhibit A to Pl.'s Jun. 26, 2023 Letter, ICE, ICE ERO Directive No. 11853.3, *Significant Detainee Illness*, Dec. 1, 2015, Ex. P, Cho Decl., at Bates No. 2047.

6.   The Department of Homeland Security has described ICE's Joint Intelligence Operations Center (JIOC) as "ICE's JIOC "a round-the-clock facility that monitors significant event reports from ICE personnel, distributes information as appropriate throughout ICE, and briefs ICE leadership on important past and prospective events."

*Evidence*: DHS, *Privacy Impact Assessment for the Significant Event Notification (SEN) System* 2 n.4, Oct. 15, 2021, https://www.dhs.gov/sites/default/files/publications/privacy-pia-ice023a-sen-october2021.pdf [https://perma.cc/7EEE-A6JW].

7.   The Department of Homeland Security has described ICE JIOC's involvement with Significant Event Reports (SIRS). It has stated that JIOC "analyzes the SIRS and sends summaries of them to the appropriate . . . field offices."

*Evidence*: DHS, *Privacy Impact Assessment for the Significant Event Notification (SEN) System* 1-2, Oct. 15, 2021, https://www.dhs.gov/sites/default/files/publications/privacy-pia-ice023a-sen-october2021.pdf [https://perma.cc/7EEE-A6JW].

8.   As of April 2, 2022, ICE's Pandemic Response Requirements required facilities to "[e]valuate all new admissions within five days of entering ICE custody to determine whether the detainees fall within . . . the subclasses

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

4

certified in *Fraihat*," to enter data into ICE's "*Fraihat* Compliance System

platform," and, when someone at risk for COVID complications tested positive

for COVID, complete their documentation "on the latest version of the IHSC

*Fraihat* Compliance System spreadsheet."

*Evidence*: ICE, ERO COVID-19 Pandemic Response Requirements, at 9–14,

17 (Version 8.0, Apr. 2, 2022),

https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFac

ilities-v8.pdf [https://perma.cc/3JDD-AQZ8].

9.  As an ICE employee testified in a 2021 deposition, The "only place where

[ICE was] actually capturing [COVID] hospitalization [data] is on the *Fraihat*

[spreadsheets]."

*Evidence*: Pl.'s May 19, 2023 Letter, Excerpts of Deposition of Jennifer Moon,

163:4-10, Ex. T, Cho Decl. at 11.

10. As of November 2, 2023, "[i]ndividuals at ICE who are subject matter experts

on the information requested [in Part 9 of Plaintiff's FOIA request] believe[d]

that the custodians most likely to possess responsive records [we]re the

Regional Field Medical Coordinators and the Regional Health Service

Administrators within IHSC." There were nine such people.

*Evidence*: Defs.' Nov. 2, 2023 Letter, Ex. K, Cho Decl. at 5–6.

11. As of November 2, 2023, ICE had proposed to search for documents

responsive to Part 9 of Plaintiff's FOIA request by searching IHSC's Regional

Field Medical Coordinators' and Regional Health Service Administrators'

records using the following search:

        (bill! OR invoice! OR charges OR payment OR benefits) AND

        (discharge OR transfer OR custody OR release OR Medicare OR

        PRUCOL OR "Martin Vargas Arellano" OR "Teka Gulema" OR

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

5

1    "Jose Ibarra Bucio" OR "Johana Medina Leon" OR "Jonathan

2    Alberto Medina Leon")

3    *Evidence*: Defs.' Nov. 2, 2023 Letter, Ex. K, Cho Decl. at 5–6.

4    12. As of November 9, 2023, the parties were in agreement that ICE would search

5    for documents responsive to Part 9 of Plaintiff's FOIA request by searching

6    IHSC's Regional Field Medical Coordinators' and Regional Health Service

7    Administrators' records using the following search:

8    (bill! OR invoice! OR charges OR payment OR benefits) AND

9    (discharge OR transfer OR custody OR release OR Medicare OR

10    PRUCOL OR "Martin Vargas Arellano" OR "Teka Gulema" OR

11    "Jose Ibarra Bucio" OR "Johana Medina Leon" OR "Jonathan

12    Alberto Medina Leon")

13    The Court cited this agreement in a December 8, 2023 order, and Plaintiff

14    cited it in a March 1, 2024 status report.

15    *Evidence*: Defs.' Nov. 2, 2023 Letter, Ex. K, Cho Decl. at 5–6; Pl.'s Nov. 9,

16    2023 Letter, Ex. J, Cho Decl. at 5; ECF No. 62 at 11; ECF No. 70 at 12.

17    13. ICE has never searched IHSC's Regional Field Medical Coordinators' and

18    Regional Health Service Administrators' records using the following search:

19    (bill! OR invoice! OR charges OR payment OR benefits) AND

20    (discharge OR transfer OR custody OR release OR Medicare OR

21    PRUCOL OR "Martin Vargas Arellano" OR "Teka Gulema" OR

22    "Jose Ibarra Bucio" OR "Johana Medina Leon" OR "Jonathan

23    Alberto Medina Leon")

24    *Evidence*: Search Summary, Ex. A, Cho. Decl. at 11.

25    ///

26    ///

27

28    *ACLU of Southern California v. U.S. ICE, et al.*,
     Case No. 2:22-CV-04760-SHK
     PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

                                                                                  6

Dated: February 26, 2025          Respectfully submitted,


                                  */s/ Laboni Hoq*
                                  LABONI A. HOQ (SBN 224140)
                                  laboni@hoqlaw.com
                                  HOQ LAW APC
                                  P.O. Box 753
                                  South Pasadena, California 91030
                                  Tel.: (213) 973-9004

                                  EVA BITRAN (SBN 302081)
                                  *ebitran@aclusocal.org*
                                  ACLU FOUNDATION OF SOUTHERN
                                  CALIFORNIA
                                  1313 West Eighth Street
                                  Los Angeles, California 90017
                                  Tel.: (213) 977-9500
                                  Fax: (213) 915-0219

                                  EUNICE CHO (Pro Hac Vice)
                                  echo@aclu.org
                                  AMERICAN CIVIL LIBERTIES
                                  UNION FOUNDATION
                                  915 Fifteenth Street NW, 7th Floor
                                  Washington, DC 20005
                                  Tel.: (202) 548-6616

                                  KYLE VIRGIEN (SBN 278747)
                                  kvirgien@aclu.org
                                  AMERICAN CIVIL LIBERTIES
                                  UNION FOUNDATION
                                  425 California Street, Suite 700
                                  San Francisco, CA 94104
                                  Tel.: (202) 393-4930


                                  *Attorneys for Plaintiff*

*ACLU of Southern California v. U.S. ICE, et al.,*
Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS

7

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
PLAINTIFF'S STATEMENT OF UNCONTROVERTED FACTS