LABONI A. HOQ (SBN 224140)
*laboni@hoqlaw.com*
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**DECLARATION OF EUNICE H. CHO IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT IMMIGRATION AND CUSTOMS ENFORCEMENT**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

EUNICE CHO (*pro hac vice*)
echo@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

*Attorneys for Plaintiff*

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
DECLARATION OF EUNICE H. CHO

I, Eunice H. Cho, declare as follows:

1. I am counsel for Plaintiff ACLU of Southern California in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Summary Judgment against Defendant Immigration and Customs Enforcement (ICE). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

2. On February 19, 2025, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter and Search Summary for this case via email. Attached hereto as Exhibit A is a true and correct copy of that letter and Search Summary.

3. On December 11, 2024, Defendants' counsel Joseph Tursi sent the Court and counsel in this case an email regarding this case. Attached hereto as Exhibit B is a true and correct copy of that email. Mr. Tursi also included as an attachment to that email a letter dated December 11, 2024. Attached hereto as Exhibit C is a true and correct copy of that letter.

4. On November 19, 2024, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel an email regarding this case. Attached hereto as Exhibit D is a true and correct copy of that email.

5. On January 22, 2024, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit E is a true and correct copy of that letter.

6. On January 17, 2024, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit F is a true and correct copy of that letter.

7. On December 21, 2023, my co-counsel, Kyle Virgien, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as

---

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
DECLARATION OF EUNICE H. CHO

1

1. Exhibit G is a true and correct copy of that letter.

2. 8. On December 13, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit H is a true and correct copy of that letter.

3. 9. On November 30, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit I is a true and correct copy of that letter.

4. 10. On November 9, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit J is a true and correct copy of that letter.

5. 11. On November 2, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit K is a true and correct copy of that letter.

6. 12. On October 10, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit L is a true and correct copy of that letter.

7. 13. On September 14, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit M is a true and correct copy of that letter.

8. 14. On September 1, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit N is a true and correct copy of that letter.

9. 15. On July 12, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit O is a true and correct copy of that letter.


Exhibit G is a true and correct copy of that letter.

8. On December 13, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit H is a true and correct copy of that letter.

9. On November 30, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit I is a true and correct copy of that letter.

10. On November 9, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit J is a true and correct copy of that letter.

11. On November 2, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit K is a true and correct copy of that letter.

12. On October 10, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit L is a true and correct copy of that letter.

13. On September 14, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit M is a true and correct copy of that letter.

14. On September 1, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit N is a true and correct copy of that letter.

15. On July 12, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit O is a true and correct copy of that letter.

16. On June 26, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit P is a true and correct copy of that letter.

17. On June 22, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit Q is a true and correct copy of that letter.

18. On June 12, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit R is a true and correct copy of that letter.

19. On June 1, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit S is a true and correct copy of that letter.

20. On May 19, 2023, my co-counsel, Laboni Hoq, sent Defendants' counsel a letter via email, on which I was copied. Attached hereto as Exhibit T is a true and correct copy of that letter.

21. On March 29, 2023, Defendants' counsel Joseph Tursi sent Plaintiffs' counsel a letter regarding this case via email. Attached hereto as Exhibit U is a true and correct copy of that letter.

22. Attached hereto as Exhibit V is a true and correct copy of documents produced by Defendants in response to Plaintiff's FOIA request. These documents, marked with Bates numbers 13389, 13390, and 13389.1-19, reflect an email document with the subject line "FW: VARGAS-Arellano, Martin, A205 718 808" and an attached Powerpoint presentation with the title "ERO Domestic Operations."

23. Attached hereto as Exhibit W is a true and correct copy of a document produced by Defendants in response to Plaintiff's FOIA request. These documents,

marked with Bates numbers 24-CRLI-0005-000063-85, include a memorandum from Dana Sanvano-Dunn to Tae D. Johnson, regarding the Adelanto Processing Center, as well as an email sent on August 16, 2021, titled "CRCL Investigation at the Adelanto ICE Processing Center."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025, at Silver Spring, Maryland.

                                                  Eunice H. Cho

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
DECLARATION OF EUNICE H. CHO

4