LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**DECLARATION OF KYLE VIRGIEN IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT IMMIGRATION AND CUSTOMS ENFORCEMENT**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1  EUNICE CHO (*pro hac vice*)
   echo@aclu.org
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
3  915 Fifteenth Street NW, 7th Floor
   Washington, DC 20005
4  Telephone: (202) 548-6616

5  KYLE VIRGIEN (SBN 278747)
   kvirgien@aclu.org
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
7  425 California St., Suite 700
   San Francisco, CA 94104
8  Telephone: (202) 393-4930

9  *Attorneys for Plaintiff*

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28  *ACLU of Southern California v. U.S. ICE, et al.*,
    Case No. 2:22-CV-04760-SHK
    DECLARATION OF KYLE VIRGIEN

2

I, Kyle Virgien, declare as follows:

1. I am counsel for Plaintiff ACLU of Southern California in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion for Summary Judgment against Defendant Immigration and Customs Enforcement (ICE). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

2. On April 19, 2024, ICE produced a spreadsheet as part of its monthly document productions in this case. Exhibit A to this declaration is an excerpt that I created from this spreadsheet, excerpting rows of the spreadsheet for José Ibarra Bucio that contain medical codes related to critical care (code "99291"), transport by medical helicopter (code "A0431"), and transport by advanced life support ambulance (code "A0427"). The original spreadsheet contained five tabs of data—one for each of Teka Gulema, Johana Medina Leon, and Mr. Ibarra Bucio, and two for Martin Vargas Arellano. To create this excerpt, I selected the tab for Mr. Ibarra Bucio, and I used Excel's filter function to show only rows where the code listed in the "Procedure Code" column was "99291," "A0431," or "A0427." I then printed the resulting rows to PDF.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 26, 2025, at Kensington, California.

/s/ Kyle Virgien

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
DECLARATION OF KYLE VIRGIEN

3