# EXHIBIT A

| Received Date | Authorization # | Specialty | Claim # | Claim Status | Alien/BP # |
|---|---|---|---|---|---|
| 2/22/2019 | NULL | NULL | HC022219OGA0051 | CLOSED | 204380214 |
| 3/5/2019 | 2019022000637 | Ambulance - Air | HC030819OGA4225 | CLOSED | 204380214 |
| 3/19/2019 | 2019022700151 | Ambulance-Land (MedPAR) | HC032019OGA0017 | CLOSED | 204380214 |
| 5/10/2019 | 2019022500681 | Emergency Medicine (MedPAR) | HC051019OGA0106 | CLOSED | 204380214 |
| 6/4/2019 | 2019030700224 | Hospitalization, Inpatient | HC061219OGA1163 | CLOSED | 204380214 |
| 6/4/2019 | 2019030700224 | Hospitalization, Inpatient | HC061219OGA2893 | CLOSED | 204380214 |
| 6/4/2019 | 2019030700224 | Hospitalization, Inpatient | HC061219OGA2892 | CLOSED | 204380214 |
| 6/4/2019 | 2019030700224 | Hospitalization, Inpatient | HC061219OGA2892 | CLOSED | 204380214 |
| 6/4/2019 | 2019030700224 | Hospitalization, Inpatient | HC061219OGA2892 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1209 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3951 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1209 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3951 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1212 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3949 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1208 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3950 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1210 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3953 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1210 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3953 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1210 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3953 | CLOSED | 204380214 |
| 6/4/2019 | 2019030700224 | Hospitalization, Inpatient | HC061219OGA2891 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1211 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3954 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1211 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3954 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1213 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3952 | CLOSED | 204380214 |
| 3/13/2019 | NULL | NULL | HC031719OGA1213 | CLOSED | 204380214 |
| 6/19/2019 | 2019030700224 | Hospitalization, Inpatient | HC062319OGA3952 | CLOSED | 204380214 |

| Member Last Name | Member First Name | DOB | Gender | Patient Account # | Line Number | Procedure From DOS |
|---|---|---|---|---|---|---|
| IBARRA BUCIO | JOSE | 7/30/1991 | M | APX00156233401 | 1 | 2/7/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | 1922128 | 1 | 2/7/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | 8530569190501 | 1 | 2/7/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | APX00156233401 | 1 | 2/7/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E222875370 | 1 | 2/7/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E222875420 | 1 | 2/7/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E222875430 | 3 | 2/8/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E222875430 | 2 | 2/9/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E222875430 | 1 | 2/10/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897120 | 2 | 2/11/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897121 | 2 | 2/11/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897120 | 1 | 2/12/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897121 | 1 | 2/12/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897300 | 1 | 2/13/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897301 | 1 | 2/13/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897060 | 1 | 2/14/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897061 | 1 | 2/14/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897190 | 3 | 2/15/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897191 | 3 | 2/15/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897190 | 2 | 2/16/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897191 | 2 | 2/16/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897190 | 1 | 2/17/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897191 | 1 | 2/17/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E222875410 | 1 | 2/18/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897280 | 2 | 2/19/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897281 | 2 | 2/19/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897280 | 1 | 2/20/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897281 | 1 | 2/20/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897350 | 2 | 2/21/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897351 | 2 | 2/21/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897350 | 1 | 2/22/2019 |
| IBARRA BUCIO | JOSE | 7/30/1991 | M | E216897351 | 1 | 2/22/2019 |

| Procedure To DOS | DX Code | DX Code Description | Procedure Code |
|---|---|---|---|
| 2/7/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/7/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | A0431 |
| 2/7/2019 | R40.2431 | GLASGOW COMA SCALE SCORE 3-8 IN THE FIELD | A0427 |
| 2/7/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/7/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/7/2019 | Z45.2 | ENCOUNTER ADJUSTMENT&MGMT VASCULAR ACCESS DEVICE | 99291 |
| 2/8/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/9/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/10/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/11/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/11/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/12/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/12/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/13/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/13/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/14/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/14/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/15/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/15/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/16/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/16/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/17/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/17/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/18/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/19/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/19/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/20/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/20/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/21/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/21/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/22/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |
| 2/22/2019 | I62.9 | NONTRAUMATIC INTRACRANIAL HEMORRHAGE UNSPECIFIED | 99291 |

| Procedure Code Description | Billed Charges | Payment Amount | Check Number | Check Date | EOB |
|---|---|---|---|---|---|
| CRITICAL CARE, FIRST HOUR | $1,047.00 | $0.00 | NULL | NULL | |
| AMB SRVC AIR TRNSPRT 1 WAY ROTARY | $42,092.76 | $3,686.25 | 1000071 | 4/5/2019 | |
| AMB SRVC ALS EMERG TRANSPORT LEVL 1 | $1,737.38 | $463.78 | 2615057 | 4/19/2019 | |
| CRITICAL CARE, FIRST HOUR | $1,047.00 | $222.58 | 1310840 | 6/11/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 2041795 | 7/17/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 2041795 | 7/17/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 2041795 | 7/17/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 2041795 | 7/17/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 2041795 | 7/17/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 2041795 | 7/17/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1946822 | 7/16/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1946822 | 7/16/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $0.00 | NULL | NULL | |
| CRITICAL CARE, FIRST HOUR | $810.00 | $225.37 | 1016548 | 8/7/2019 | |

| EOB Description | Provider Name | Provider Tax ID | Detention Location/Jail # |
|---|---|---|---|
| | APEX EMERGENCY MEDICAL GROUP INC | (b)(6), (b)(7)(e) | LLUMCCA |
| | MERCY AIR SERVICES, INC | (b)(6), (b)(7)(e) | LLUMCCA |
| | DESERT VALLEY MEDICAL TRANSPORT INC | (b)(6), (b)(7)(e) | LLUMCCA |
| | APEX EMERGENCY MEDICAL GROUP INC | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |
| | FACULTY PHYSICIANS AND SURGEON | (b)(6), (b)(7)(e) | LLUMCCA |

| Facility Name | Rendering Prov Last Name | Rendering Prov NPI | Billing Prov Last Name |
|---|---|---|---|
| LOMA LINDA UNIVERSITY MED | NULL | NULL | APEX EMERGENCY MED GROUP INC |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | MERCY AIR SERVICE INC |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | DESERT VALLEY MEDICAL |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | APEX EMERGENCY MED GROUP INC |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FAC PHYS SURGEONS RADIO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SERGI |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SERGI |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SERGI |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SERGI |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SERGI |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |
| LOMA LINDA UNIVERSITY MED | NULL | NULL | FACULTY PHYSICIANS AND SURGEO |
| LOMA LINDA UNIVERSITY MED | (b)(6), (b)(7)(c) | (b)(6), (b)(7)(c) | FACULTY PHYSICIANS AND SURGEONS |

| Billing Prov NPI |
| --- |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |
| (b)(6), (b)(7)(c) |