1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

Before the Court is the motion for partial summary judgment brought by Defendants U.S. Immigration and Customs Enforcement with respect to the sufficiency of its search in response to Plaintiff American Civil Liberties Union Foundation of Southern California's nine-part Freedom of Information Act Request. Upon consideration of the memorandum of points and authorities in support thereof, the supporting declaration, Plaintiff's Opposition, Defendant's Reply, and the files and records in this case, and in accordance with the Findings of Fact herein:

The Court GRANTS Defendant ICE's Motion [Dkt. 113] and denies Plaintiff's Motion [Dkt. 112].

Dated:

                                         Honorable Shashi H. Kewalramani
                                         United States Magistrate Judge