LABONI A. HOQ (SBN 224140)
*laboni@hoqlaw.com*
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**PLAINTIFF'S NOTICE TO COURT REGARDING SCHEDULING ORDER** |

1  EUNICE CHO (*pro hac vice*)
   echo@aclu.org
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
3  915 Fifteenth Street NW, 7th Floor
   Washington, DC 20005
4  Telephone: (202) 548-6616

5  KYLE VIRGIEN (SBN 278747)
   kvirgien@aclu.org
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
7  425 California St., Suite 700
   San Francisco, CA 94104
8  Telephone: (202) 393-4930

9  *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
PLAINTIFF'S NOTICE TO COURT REGARDING SCHEDULING ORDER

On January 24, 2025, the Court set out a Briefing Schedule for Cross-Motions for Summary Judgment as to claims against Defendant Immigration and Customs Enforcement ("ICE") in this Freedom of Information Act ("FOIA") case. ECF No. 111 (Order).

After the issuance of the Court's Order, Plaintiff provided a list of documents to ICE for inclusion in a *Vaughn* Index. ICE thereafter provided a copy of a *Vaughn* Index, and soon after provided a supplemental production of documents that lifted redactions specified for potential challenge by Plaintiff. As a result, Plaintiff respectfully writes to inform the Court that it does not intend to file a Motion for Summary Judgment to challenge ICE's withholding and redactions in its production of documents thus far under FOIA.

Respectfully submitted this April 30, 2025.

*/s/ Laboni A. Hoq*

| | |
|---|---|
| LABONI A. HOQ (SBN 224140)<br>laboni@hoqlaw.com<br>HOQ LAW APC<br>P.O. Box 753<br>South Pasadena, California 91030<br>Telephone: (213) 973-9004 | EUNICE CHO (pro hac vice)<br>echo@aclu.org<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>NATIONAL PRISON PROJECT<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Telephone: (202) 548-6616 |
| EVA BITRAN (SBN 302081)<br>ebitran@aclusocal.org<br>ACLU FOUNDATION OF<br>SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, California 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 915-0219 | KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>AMERICAN CIVIL LIBERTIES<br>UNION FOUNDATION<br>NATIONAL PRISON PROJECT<br>425 California St., Suite 700<br>San Francisco, CA 94104<br>Telephone: (202) 393-4930<br><br>*Attorneys for Plaintiff* |