LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
ebitran@aclusocal.org
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**JOINT STIPULATION TO SET BRIEFING SCHEDULE FOR MOTION TO ENFORCE JULY 8, 2024 ORDER ON MOTION FOR SUMMARY JUDGMENT (ECF NO. 87)**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1  EUNICE CHO (*pro hac vice*)
   *echo@aclu.org*
2  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
3  915 Fifteenth Street NW, 7th Floor
   Washington, DC 20005
4  Telephone: (202) 548-6616

5  KYLE VIRGIEN (SBN 278747)
   *kvirgien@aclu.org*
6  AMERICAN CIVIL LIBERTIES UNION FOUNDATION
   NATIONAL PRISON PROJECT
7  425 California St., Suite 700
   San Francisco, CA 94104
8  Telephone: (202) 393-4930

9  *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  *ACLU of Southern California v. U.S. ICE, et al.*,
    Case No. 2:22-CV-04760-SHK
28  JOINT STIPULATION TO SET BRIEFING SCHEDULE

2

IT IS HEREBY STIPULATED, by and between Plaintiff American Civil Liberties Union Foundation of Southern California ("ACLU SoCal") and Defendant U.S. Department of Homeland Security ("DHS"), subject to an order of the court, as follows:

1. On May 27, 2025, the parties appeared before the Court for a status conference. The Court ordered the parties to submit either a stipulated schedule or competing schedules for a noticed motion through which Plaintiff would seek the order that it had sought at the scheduling conference and the parties' related joint filing.[1]

2. The parties met and conferred and agreed to submit the following joint briefing and hearing schedule. The parties request that the Court order this briefing and hearing schedule.

- Plaintiff files its motion to enforce the Court's July 8, 2024 summary judgment order by May 30, 2025;
- Defendant DHS files its opposition to this motion by June 6, 2025;
- Plaintiff files its reply in support of this motion by June 13, 2025;
- The Court holds a hearing on this motion via Zoom on June 18, 2025 at 10:00 a.m. (or as soon thereafter as is convenient).

**IT IS SO STIPULATED.**

Respectfully submitted this 29th day of May, 2025.

---

[1] Local Rule 7-3 would ordinarily require the parties to have met and conferred by May 23, 2025. The parties have exchanged several emails and portions of a joint status report, ECF No. 122, and have appeared for a status conference; however, they did not have a telephone meet and confer by May 23, 2025. Plaintiff and Defendant DHS therefore propose a briefing schedule that, with the Court's leave, waives the Local Rule 7-3 requirement that the parties meet and confer seven days before Plaintiff files its motion.

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
JOINT STIPULATION TO SET BRIEFING SCHEDULE

1

/S/ *Laboni A. Hoq*

| | |
|---|---|
| LABONI A. HOQ (SBN 224140)<br>laboni@hoqlaw.com<br>HOQ LAW APC<br>P.O. Box 753<br>South Pasadena, California 91030<br>Telephone: (213) 973-9004 | EUNICE CHO (pro hac vice)<br>echo@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>NATIONAL PRISON PROJECT<br>915 Fifteenth Street NW, 7th Floor<br>Washington, DC 20005<br>Telephone: (202) 548-6616 |
| EVA BITRAN (SBN 302081)<br>ebitran@aclusocal.org<br>ACLU FOUNDATION OF SOUTHERN CALIFORNIA<br>1313 West Eighth Street<br>Los Angeles, California 90017<br>Telephone: (213) 977-9500<br>Facsimile: (213) 915-0219 | KYLE VIRGIEN (SBN 278747)<br>kvirgien@aclu.org<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>NATIONAL PRISON PROJECT<br>425 California St., Suite 700<br>San Francisco, CA 94104<br>Telephone: (202) 393-4930<br><br>*Attorneys for Plaintiff* |

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/S/ *Joseph W. Tursi*
JOSEPH W. TURSI*
Assistant United States Attorney

Attorneys for Defendant Department of Homeland Security

*Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
JOINT STIPULATION TO SET BRIEFING SCHEDULE

2