# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**[PROPOSED] ORDER SETTING BRIEFING SCHEDULE FOR MOTION TO ENFORCE JULY 8, 2024 ORDER ON MOTION FOR SUMMARY JUDGMENT (ECF NO. 87)**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
[PROPOSED] ORDER

The Court, having considered the joint stipulation between Plaintiff American Civil Liberties Union Foundation of Southern California ("ACLU SoCal") and Defendant U.S. Department of Homeland Security ("DHS") regarding a briefing schedule for Plaintiff's motion to enforce the Court's July 8, 2024 summary judgment order, and good cause shown, hereby ORDERS as follows:

- Plaintiff shall file its motion to enforce the Court's July 8, 2024 summary judgment order by May 30, 2025;
- Defendant DHS shall file its opposition to this motion by June 6, 2025
- Plaintiff shall file its reply in support of this motion by June 13, 2025;
- The Court will hold a hearing on this motion via Zoom on June 18, 2025 at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: _____

                                          Honorable Shashi H. Kewalramani
                                          United States Magistrate Judge

*ACLU of Southern California v. U.S. ICE, et al.*, Case No. 2:22-CV-04760-SHK
[PROPOSED] ORDER

1