LABONI A. HOQ (SBN 224140)
*laboni@hoqlaw.com*
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
ACLU FOUNDATION OF SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, California 90017
Telephone: (213) 977-9500
Facsimile: (213) 915-0219

Attorneys for Plaintiff
*(additional counsel information on next page)*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants.* | Case No. 2:22-CV-04760-SHK<br><br>**DECLARATION OF KYLE VIRGIEN IN SUPPORT OF PLAINTIFF'S MOTION TO ENFORCE JULY 8, 2024 ORDER ON MOTION FOR SUMMARY JUDGMENT (ECF NO. 87)**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge<br><br>Hearing Date: June 18, 2025<br>Time:             10:00 a.m. |

EUNICE CHO (*pro hac vice*)
*echo@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
915 Fifteenth Street NW, 7th Floor
Washington, DC 20005
Telephone: (202) 548-6616

KYLE VIRGIEN (SBN 278747)
*kvirgien@aclu.org*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

*Attorneys for Plaintiff*

I, Kyle Virgien, declare as follows:

1. I am counsel for Plaintiff ACLU Foundation of Southern California in the above-captioned matter. I submit this declaration in support of Plaintiff's Motion to Enforce July 8, 2024 Order on Motion for Summary Judgment (ECF No. 87). I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify thereto.

2. On December 11, 2024, Joseph Tursi, defense counsel in this case, sent a letter to my co-counsel Laboni A. Hoq, CCing the Court (by chambers email), my co-counsel Eunice Cho and Eva Bitran, and me. Attached hereto as Exhibit A is a true and correct copy of that letter.

3. Attached hereto as Exhibit B is a true and correct copy of a document produced by CRCL on February 21, 2025, in response to Plaintiff's FOIA request. This document, marked with Bates numbers 24-CRLI-00005-000073-81, is an email dated August 16, 2021, and titled "CRCL Investigation at the Adelanto ICE Processing Center."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 30, 2025, at Kensington, California

_____
Kyle Virgien

-1-
*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
VIRGIEN DECLARATION ISO MOTION TO ENFORCE SUMMARY JUDGMENT ORDER