# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.,<br><br>*Defendants*. | Case No. 2:22-CV-04760-SHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO ENFORCE JULY 8, 2024 ORDER ON MOTION FOR SUMMARY JUDGMENT (ECF NO. 87)**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1 | This matter comes before the Court on Plaintiff's Motion to Enforce July 8, 2024 Order on Motion for Summary Judgment (ECF No. 87). Upon consideration of the argument and evidence submitted by the parties, it is hereby ORDERED that:

Plaintiff's motion is GRANTED.

Defendant DHS is ORDERED to process the OCIO records identified by its component CRCL for monthly productions, beginning one month after the date of this order. Defendant DHS is ORDERED to process these records at a rate of at least 3,000 pages per month.

Dated: _____                       _____
                                           Hon. Shashi H. Kewalramani
                                           United States Magistrate Judge

-1-

*ACLU of Southern California v. U.S. ICE, et al.*,
Case No. 2:22-CV-04760-SHK
[PROPOSED] ORDER