BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    Facsimile: (213) 894-7819
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>Defendants. | No. 2:22-cv-04760-SHK<br><br>**SUPPLEMENTAL DECLARATION OF CATRINA M. PAVLIK-KEENAN**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

I.    INTRODUCTION

I, Catrina M. Pavlik-Keenan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Deputy Chief Freedom of Information Act ("FOIA") Officer for the Privacy Office of the U.S. Department of Homeland Security ("DHS" or the "Department"). I have held my current position since July 4, 2021.

1

2. This declaration supplements my declaration dated May 23, 2023, (Dkt. 123 at pp. 6-10) to further explain the work of DHS-FOIA and in support of DHS's Opposition to Plaintiff's Motion to Enforce (Dkt. 125).

**II. DHS FOIA Workload**

3. DHS-FOIA receives and processes FOIA requests for the following Department of Homeland Security Headquarter ("DHS-HQ") Offices: Office of the Executive Secretary, Management Directorate, Office of Strategy, Policy, and Plans, Office of Operations Coordination, Office of Partnership and Engagement, Privacy Office, Civil Rights and Civil Liberties ("CRCL"), Center for Prevention Programs and Partnerships, Office of the General Counsel, Office of Legislative Affairs, Office of Public Affairs, Office of the Citizenship and Immigration Services Ombudsman, Office of the Immigration Detention Ombudsman, Office of the Secretary, Office of Biometric Identity Management ("OBIM"), Federal Protection Service ("FPS"), and the Office of Intelligence and Analysis ("I&A"). Additionally, as indicated in the paragraph above, DHS-FOIA, in accordance with an internal agreement, receives and processes FOIA requests for operational component Cybersecurity and Infrastructure Security Agency ("CISA").

4. Of the offices mentioned in the previous paragraph, CRCL, FPS, and I&A were offices that previously had independent FOIA offices. DHS's Science and Technology Directorate (S&T) also had an independent FOIA office. In March 2025, the FOIA responsibilities for these offices were reassigned to DHS-FOIA as explained in paragraphs 5 and 6 of my May 23, 2025, declaration. *See* Dkt. 123 at pp. 8-9. Those responsibilities occurred without the reassignment of the staff from those three offices – though DHS-FOIA has received employees via a detail assignment to assist with processing I & A records only.

5. Accordingly, DHS-FOIA has seen a substantial increase in workload without the corresponding increase in staff allocation. In fact, DHS-FOIA has lost five

full time FOIA analysts who elected to take early retirement. In FY25, to date, DHS-FOIA Privacy Office has received 100,273 FOIA requests, of which 58,042 requests have been processed. The current backlog is approximately 42,853 FOIA requests. DHS-FOIA also took on a total of 797 additional FOIA requests as a result of realignment, including 119 from CRCL. On average, each FOIA analyst on its initial disclosure team is assigned to handle between 200-500 routine FOIA requests and 42 complex FOIA requests. The FOIA request in this case is considered complex (e.g., various types of records, number of responsive records, etc.). Additionally, DHS-FOIA is the defendant in 122 cases in federal FOIA litigation. Currently, DHS-FOIA's litigation team includes six (6) full time federal employees that help process records for cases in litigation, including coordinating litigation consultations to other agencies and making releases to plaintiffs; in addition, these employees coordinate FOIA appeals for DHS Headquarters and are also responsible for providing training, handling proactive disclosures to DHS's FOIA reading room, and other assigned special projects. With regard to processing records, on average, each analyst of the DHS-FOIA litigation team processes approximately 2,500 pages per month across all of the FOIA litigation cases with active productions. As such, DHS-FOIA has limited ability to process more than seven hundred (700) pages a month for this matter given the resource limitations described above.

**III. CRCL's Release Activity**

6. Previously, I averred that CRCL-FOIA conducted a search for emails and OneDrive records, and that 427 records equaling about 6,506 pages were first identified, after a de-duplication process occurred. *See* Dkt. 123 at p. 9. After expending a great deal of time with several DHS staff, DHS-FOIA was able to locate what were likely the records but were unable to ascertain how CRCL FOIA processed the records to reach the amount of 6,506 pages of records that were previously reported to the Plaintiff and the Court. DHS-FOIA searched the CRCL FOIA's officer's files and SharePoint, email communications about the search, and DHS-FOIA's FOIA case management system.

Additionally, the Office of General Counsel met with OICO to ascertain the history of the search and efforts made to comply with the Court's order. DHS OCIO identified that the search results were placed and located on CRCL FOIA's SharePoint site, but were no longer there. It appeared some of the records were placed in DHS-FOIA's FOIA case management system, but DHS-FOIA could not ascertain and verify whether all of the records responsive to the request were there.

7. Given that DHS-FOIA was unable to completely verify the original search results, on May 28, 2025, DHS-FOIA repeated the two searches with the previously agreed upon search terms. These searches yielded roughly 596,000 pages after deduplication. DHS-FOIA is currently doing a more detailed and in-depth keyword search now of these search results, as well as performing an initial responsiveness review, to ensure DHS-FOIA adequately processes responsive records to the request. At present, DHS-FOIA has been able to reduce this number significantly to 270,000 pages and is confident it will be able to further narrow the results. DHS-FOIA plans to complete this process by June 13, 2025, and DHS-FOIA can then immediately begin to process these records on a rolling basis at a rate of 700 pages per month consistent with its present processing rate and ability, with the first production and response expected on July 15, 2025.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct to the best of my knowledge and belief. Signed this 6th day of June 2025.

CATRINA M PAVLIK KEENAN
Digitally signed by CATRINA M PAVLIK KEENAN
Date: 2025.06.06 14:45:12 -04'00'

**CATRINA M. PAVLIK-KEENAN**