1  BILAL A. ESSAYLI
United States Attorney
2  DAVID M. HARRIS
Assistant United States Attorney
3  Chief, Civil Division
JOANNE S. OSINOFF
4  Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
5  JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorneys
6       Federal Building, Suite 7516
      300 North Los Angeles Street
7       Los Angeles, California 90012
      Telephone: (213) 894-3989
8       Facsimile: (213) 894-7819
      E-mail: Joseph.Tursi@usdoj.gov
9

10  Attorneys for Defendant Department of
Homeland Security

11

12              UNITED STATES DISTRICT COURT

13        FOR THE CENTRAL DISTRICT OF CALIFORNIA

14

15  AMERICAN CIVIL LIBERTIES             No. 2:22-cv-04760-SHK
UNION FOUNDATION OF
16  SOUTHERN CALIFORNIA,                 **DEFENDANT DEPARTMENT OF
                                      HOMELAND SECURITY'S NOTICE
17        Plaintiff,                     OF FILING SECOND
                                      SUPPLEMENTAL DECLARATION OF
18        v.                             CATRINA M. PAVLIK-KEENAN**

19  UNITED STATES IMMIGRATION            (Filed concurrently with Second
AND CUSTOMS ENFORCEMENT, et          Supplemental Declaration of Catrina M.
20  al.,                                 Pavlik-Keenan)

21        Defendants.

22                                       Hearing Date:  To Be Set By The Court

23                                       Honorable Shashi H. Kewalramani
                                      United States Magistrate Judge

24

25

26

27

28

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Defendant Department of Homeland Security ("DHS") hereby submits the following Second Supplemental Declaration of Catrina M. Pavlik-Keenan, attached hereto as Exhibit 1, in support of Defendant's Opposition to Plaintiff's Motion to Enforce [Dkt. 128].

As explained in the Second Supplemental Declaration, DHS-FOIA was able to reduce the number of potentially responsive pages following DHS-FOIA's search for OCIO records in response to Plaintiff's FOIA request to 1,399 pages. DHS-FOIA now plans to immediately begin processing these records on a rolling basis at a rate of 700 pages per month consistent with its present processing rate and ability, with the first production and response expected on July 7, 2025. DHS-FOIA plans to complete processing of the responsive records no later than August 4, 2025.

Dated: June 10, 2025                    Respectfully submitted,

                                        BILAL A. ESSAYLI
                                        United States Attorney
                                        DAVID M. HARRIS
                                        Assistant United States Attorney
                                        Chief, Civil Division
                                        JOANNE S. OSINOFF
                                        Assistant United States Attorney
                                        Chief, Complex and Defensive Litigation Section

                                         /s/ *Joseph W. Tursi*
                                        JOSEPH W. TURSI
                                        Assistant United States Attorney

                                        Attorneys for Defendant Department of Homeland Security

1