BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    Facsimile: (213) 894-7819
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, et al.<br><br>    Defendants. | No. 2:22-cv-04760-SHK<br><br>**SECOND SUPPLEMENTAL DECLARATION OF CATRINA M. PAVLIK-KEENAN**<br><br>Honorable Shashi H. Kewalramani<br>United States Magistrate Judge |

1

## I. INTRODUCTION

I, Catrina M. Pavlik-Keenan, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Deputy Chief Freedom of Information Act ("FOIA") Officer for the Privacy Office of the U.S. Department of Homeland Security ("DHS" or the "Department"). I have held my current position since July 4, 2021.

2. This declaration supplements my two prior declarations dated May 23, 2023, (Dkt. 123 at pp. 6-10), and June 6, 2025 (Dkt. 128-1) to further explain the work of DHS-FOIA and in support of DHS's Opposition to Plaintiff's Motion to Enforce (Dkt. 125).

## II. CRCL's Release Activity

3. Previously, I averred that DHS-FOIA was unable to completely verify the original OCIO search results, on May 28, 2025, DHS-FOIA repeated the two searches with the previously agreed upon search terms. *See* Dkt. 128-1, ¶ 6. These searches originally yielded roughly 596,000 pages after deduplication. *Id.*, ¶ 7. As it stated it would, DHS-FOIA performed a more detailed and in-depth keyword search of these search results, as well as performed an initial responsiveness review, to ensure DHS-FOIA would adequately process responsive records to the Plaintiff's FOIA request that DHS CRCL would have in its possession and control that DHS Office of Inspector General and ICE would not have.

//
//
//
//
//
//
//
//

4. DHS-FOIA was able to reduce this number significantly to 1,399 pages. DHS-FOIA now plans to immediately begin processing these records on a rolling basis at a rate of 700 pages per month consistent with its present processing rate and ability, with the first production and response expected on July 7, 2025. DHS-FOIA plans to complete processing of the responsive records no later than August 4, 2025.

Under penalty of perjury, pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct to the best of my knowledge and belief. Signed this 10th day of June 2025.

CATRINA M PAVLIK KEENAN
Digitally signed by CATRINA M PAVLIK KEENAN
Date: 2025.06.10 09:19:50 -04'00'

**CATRINA M. PAVLIK-KEENAN**