UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

**Case No.:**   2:22-cv-04760-BFM         **Date:**   October 6, 2025

**Title:**   *American Civil Liberties Union Foundation of So. Cal. v. United States Immigration and Customs Enforcement, et al.*

================================================================

Present: The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:           Attorneys Present for Defendants:
                 N/A                                              N/A

**Proceedings:**   **(In Chambers) Scheduling Order**

The Court has reviewed the Joint Status Report (ECF 143) and orders as follows:

    A.    **Compliance with August 15, 2025, Summary Judgment Order**

**No later than October 15, 2025**, ICE shall produce records from Scott James (1,696 pages), the Excel Spreadsheet for Part 9 (comprised of 69,000 rows of data), and shall begin producing the 40 Excel spreadsheets for Part 8.

**No later than November 15, 2025**, ICE shall produce records from Corey Price (587 pages of records) and any of the remaining 40 Excel Spreadsheets from Part 8, The parties shall also meet and confer with respect to a production timeline with respect to Part 5.

**No later than December 15, 2025**, ICE shall begin producing records for Part 5.

Regarding Parts 6 and 7, the parties shall meet and confer with ICE's technical staff **no later than October 25, 2025**, to assess whether the parties can agree to a means of search that does not require manual review.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

**Case No.:** 2:22-cv-04760-BFM          **Date:** October 6, 2025

**Title:** *American Civil Liberties Union Foundation of So. Cal. v. United States Immigration and Customs Enforcement, et al.*

================================================================

### B. Compliance with July 8, 2024, Summary Judgment Order

If it has not already done so, DHS-CRCL shall promptly make its final production.

**No later than October 24, 2025**, DHS-CRCL shall produce a search summary including the information Plaintiff identified in its September 16, 2025, email.

**No later than October 24, 2025**, Plaintiff shall provide DHS-CRCL a list of documents redacted subject to a purported FOIA exemption.

**No later than December 15, 2025**, DHS-CRCL shall produce a Vaughn index justifying those withholdings.

As a purely formal matter, the Court will **deny as moot** the Motion to Enforce (ECF 125). The Court will continue to supervise compliance with the July 5, 2024, Order, and will entertain a new motion to enforce if appropriate, but the state of play has changed to such an extent that a decision on the Motion filed five months ago is no longer necessary.

### C. Further Status Conference

The Court sets a status conference for **January 8, 2026, at 10:00 a.m.** To ensure that the status conference is effective and efficient, the Court sets these additional deadlines: **No later than December 15, 2025**, the parties shall meet and confer about topics either party believes should be discussed at the status conference. **No later than December 22, 2025**, the parties shall file a joint status report based on their meet and confer. The joint status report shall consist of four sections: (1) a general update of no more than two pages from each party; (2) a list of issues,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**  2:22-cv-04760-BFM     **Date:**  October 6, 2025

**Title:**  *American Civil Liberties Union Foundation of So. Cal. v. United States Immigration and Customs Enforcement, et al.*

================================================================

neutrally stated, to be discussed at the status conference; (3) each party's no more than two-page discussion of each item (alternating, so that one party's position on each item is directly after the other party's position on that same item), citing any relevant portions of Judge Kewalramani's orders; and (4) to the extent that the parties' meet and confer results in agreements as to orders the Court should enter (with respect to scheduling or any other topic), jointly proposed language for such orders.

The Court will use Item #2 as an "agenda" for the status conference.

### D.   Effect of Government Shutdown

Defendants agreed to the above timeline before the lapse in appropriation that began on October 1, 2025. Based on Defendants' portion of the joint status report, it appears that work on Defendants' production will halt during the shutdown. As a matter of practicality, the Court is therefore considering entering an order that extends each of the above deadlines and hearings on a day-for-day basis for the length of the lapse in appropriations. If either party opposes such an order or wants to propose a different way of handling the problem, it should file its position **no later than October 9, 2025**. If such an order is opposed, any party that supports the order may file a brief response **no later than October 10, 2025**.

**IT IS SO ORDERED**.

cc:   Counsel of Record

Initials of Preparer:   ch