1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, | No. 2:22-cv-04760-BFM |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING JOINT STIPULATION AND AMENDING COURT'S DECEMBER 12, 2025 SCHEDULING ORDER** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | Honorable Brianna Fuller Mircheff United States Magistrate Judge |
| Defendants. | |

Before the Court is the Parties' Joint Stipulation for Minor Amendment to the Court's December 12, 2025 Scheduling Order. Having reviewing the Stipulation, the supporting declaration, and good cause appearing, the Court GRANTS the Stipulation. The Court hereby ORDERS as follows:

- Defendant U.S. Immigration and Customs Enforcement shall begin producing records in response to Part 5 of Plaintiff's FOIA request by March 10, 2026. ICE shall process the materials at a rate of 3,000 pages per month. A second production shall occur by April 10, 2026.
- By March 10, 2026, ICE shall provide to Plaintiff an estimated page count, after deduplication, for the April 10, 2026 production.
- If there is a partial government shutdown and the ICE FOIA office is furloughed, Defendants will promptly notify the Court and submit a declaration to that effect.
- The Court's December 2, 2025 Scheduling Order [Dkt. 146] shall remain in effect in all other respects.

**IT IS SO ORDERED.**

Dated:

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge