| | |
|---|---|
| **From:** | Tursi, Joseph (USACAC) |
| **To:** | "Laboni Hoq" |
| **Cc:** | Eunice Cho; Kyle Virgien; Eva Bitran |
| **Subject:** | RE: [EXTERNAL] Re: ACLU SoCal v. DHS \| Ex Parte Notice |
| **Date:** | Tuesday, February 17, 2026 5:02:00 PM |

Laboni,

I will include this email exchange as part of the application and note Plaintiff's opposition.

There is a pending deadline in the case today, which is why the application is being filed now. Additionally, Defendants were ordered to promptly notify the Court regarding a lapse in appropriations.

**Joseph W. Tursi** | **Assistant United States Attorney**
Senior Litigation Counsel, Civil Division
United States Attorney's Office | Central District of California
300 N. Los Angeles Street, Suite 7516 | Los Angeles, CA 90012
O: 213.894.3989 | joseph.tursi@usdoj.gov

---

**From:** Laboni Hoq <laboni@hoqlaw.com>
**Sent:** Tuesday, February 17, 2026 4:52 PM
**To:** Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Eva Bitran <ebitran@aclusocal.org>
**Subject:** Re: [EXTERNAL] Re: ACLU SoCal v. DHS | Ex Parte Notice

Hi Joe,

It is my recollection that we discussed at the meet and confer our concern about ICE's representations about work stoppages during the prior shutdown which we later learned to be inconsistent with actual practice, regardless of whether we asked for an agency declaration at the meet and confer. In any event, it was that concern that led us to ask in our follow up email that Defendants submit a sworn declaration attesting to their operational status before we would agree to extend the newly negotlated deadlines on the grounds of lack of appropriation of funds.

If you cannot provide the Agency declaration we ask for, we ask that as a part of your Ex Parte Application you include all of the relevant email communication since our meet and confer,

6
EXHIBIT 1

and also indicate to the Court that we oppose the Ex parte on the grounds that Defendants failed to verify that any furlough impacts their work in this case, i.e. that processing court-ordered FOIA records is covered by the furlough.

I will add that there does not appear to be any urgency that you file the Ex Parte today, before making due effort to secure the declaration we seek, or even explaining why you cannot obtain it.

I am happy to discuss this further by telephone if you think that would be helpful.

Thanks.

On Tue, Feb 17, 2026 at 4:26 PM Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov> wrote:

> Laboni,
>
> An agency declaration was not discussed during the videoconference meet and confer. Rather after the meet and confer, via email, Plaintiff made a proposal that they would stipulate to extend the deadline for ICE's production of responsive records for Part 5 to March 10, 2026, with certain conditions which among them was the caveat that "In addition, if Defendants contend that they are unable to meet these production dates due Congress's failure to appropriate funds, Defendants must file a sworn declaration stating that the DHS-ICE FOIA office is not operational during that time. Absent a sworn declaration, Defendants must comply with production deadlines."
>
> To that end, the stipulation that the parties filed provides "Moreover, if there is a partial government shutdown and the ICE FOIA office is furloughed as a result, Defendants will promptly notify the Court and submit a declaration to that effect." Dkt. 147 at 2-3. This same language is included in the Court's order. Dkt. 149 at 2.
>
> I am therefore going to proceed with filing ex parte application today with my declaration. I believe that such a declaration complies with the Court's order and will establish good cause for the requested relief sought by the application.
>
> Thank you,
> -Joe
>
>
> **Joseph W. Tursi | Assistant United States Attorney**
> Senior Litigation Counsel, Civil Division

7
EXHIBIT 1

United States Attorney's Office | Central District of California
300 N. Los Angeles Street, Suite 7516 | Los Angeles, CA 90012
O: 213.894.3989 | joseph.tursi@usdoj.gov

---

**From:** Laboni Hoq <laboni@hoqlaw.com>
**Sent:** Tuesday, February 17, 2026 3:07 PM
**To:** Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Eva Bitran <ebitran@aclusocal.org>
**Subject:** Re: [EXTERNAL] Re: ACLU SoCal v. DHS | Ex Parte Notice

Hi Joe,

As we discussed at our meet and confer last week, we need to see a declaration from someone at the agency (e.g. an ICE supervisory level person who is not furloughed, not DOJ counsel) attesting to how any furlough impacts the work at issue here -- specifically processing FOIA documents for production. We make this request because we are aware that at least some personnel at the DHS FOIA office were not actually furloughed, and were continuing to work on FOIA processing during the prior shutdown. We also believe that our request is consistent with the Court's recent order (Dkt. 148) requiring that "Defendants" submit a declaration related to any furlough of the ICE FOIA office.

Thanks for your follow up on this.

On Tue, Feb 17, 2026 at 1:16 PM Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov> wrote:

> Hi Laboni,
>
> I have not finished drafting the ex parte application. The POCs I heard from this morning are furloughed or constrained to work related to health, life, safety, and protection of property. I will therefore be providing the declaration in support of the ex parte application.
>
> Thanks,
> -Joe
>
>
> **Joseph W. Tursi | Assistant United States Attorney**
> Senior Litigation Counsel, Civil Division
> United States Attorney's Office | Central District of California
> 300 N. Los Angeles Street, Suite 7516 | Los Angeles, CA 90012
> O: 213.894.3989 | joseph.tursi@usdoj.gov

8
EXHIBIT 1

**From:** Laboni Hoq <laboni@hoqlaw.com>
**Sent:** Tuesday, February 17, 2026 11:20 AM
**To:** Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov>
**Cc:** Eunice Cho <echo@aclu.org>; Kyle Virgien <kvirgien@aclu.org>; Eva Bitran <ebitran@aclusocal.org>
**Subject:** [EXTERNAL] Re: ACLU SoCal v. DHS | Ex Parte Notice

Hi Joe,

We'll get back to you shortly. In the meantime, will you please send us a draft of your Ex Parte application? Will you have a declaration from the agency in support?

Thanks.

On Tue, Feb 17, 2026 at 11:09 AM Tursi, Joseph (USACAC) <Joseph.Tursi@usdoj.gov> wrote:

> Good morning Laboni,
>
> I just tried to give you a call and left a voicemail.
>
> The DHS HQ FOIA office, the ICE FOIA, and the DHS-OIG FOIA office have all been furloughed because of the lapse is appropriations. I received confirmation from my POC at each office this morning. Defendants will therefore be filing an ex parte application seeking a stay of the Court's December 2, 2025 Scheduling Order [Dkt. 146]. Would you please let me know what Plaintiff's position is so that I may include it in the application?
>
> Thanks,
> -Joe
>
> **Joseph W. Tursi** | **Assistant United States Attorney**
> Senior Litigation Counsel, Civil Division
> United States Attorney's Office | Central District of California
> 300 N. Los Angeles Street, Suite 7516 | Los Angeles, CA 90012
> O: 213.894.3989 | joseph.tursi@usdoj.gov

9
EXHIBIT 1

\--

**Laboni A. Hoq**

Hoq Law APC

P.O. Box 753

South Pasadena, CA 91030

Telephone: 213-973-9004

[www.hoqlaw.com](www.hoqlaw.com)

\--

**Laboni A. Hoq**

Hoq Law APC

P.O. Box 753

South Pasadena, CA 91030

Telephone: 213-973-9004

[www.hoqlaw.com](www.hoqlaw.com)

\--

**Laboni A. Hoq**

Hoq Law APC

P.O. Box 753

South Pasadena, CA 91030

Telephone: 213-973-9004

[www.hoqlaw.com](www.hoqlaw.com)

10

EXHIBIT 1