UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 2:22-cv-04760-BFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION AND STAYING CASE**<br><br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

1    Pursuant to the *Ex Parte* Application filed by defendants Department of Homeland
2    Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General
3    ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively,
4    "Defendants"), and for good cause shown in the accompanying declaration,
5    IT IS ORDERED that, the Court's December 2, 2025 Scheduling Order and
6    modification thereto [Dkt. nos. 146, 149] are hereby stayed on a day-for-day basis until
7    Congress restores appropriations.
8    Defendants shall promptly notify the Court upon the restoration of appropriations
9    at which time the stay will be lifted.
10   **IT IS SO ORDERED.**

12   Dated:

14   _____
     Honorable Brianna Fuller Mircheff
15   United States Magistrate Judge