UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:** 2:22-cv-04760-BFM                **Date:** March 2, 2026

**Title:** *American Civil Liberties Union Foundation of So. Cal. v. United States Immigration and Customs Enforcement, et al.*

================================================================

**Present:** The Honorable Brianna Fuller Mircheff, United States Magistrate Judge

| Christianna Howard | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   **(In Chambers) Order on Ex Parte Application to Stay (ECF 150)**

   Pending before the Court is Defendants' Application to stay proceedings due to a lapse in appropriations. (ECF 150.) The Application is supported by a declaration of counsel, which indicates that ICE's FOIA staff has again been furloughed, making it impossible for Defendants to comply with the previously agreed-upon production schedule. (ECF 150 at 4-5.) Plaintiff opposes the Application, indicating that one of Plaintiff's counsel learned, during the previous government shutdown, that at least some FOIA staff continued to work. (ECF 152.) Plaintiff thus asks the Court to order a declaration from someone closer to the ground.

   The Court will not order a further declaration. Government counsel is a representative of Defendants and an officer of the Court, and he signed the declaration under penalty of perjury. Counsel identified the sources of information provided to the Court, and from their titles, at least, the sources of counsel's information seem to be the kind of individuals who would have relevant and reliable information about staffing. Based on the information provided in the Application, the Court grants Defendants' Motion **in part and stays the case**.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**   2:22-cv-04760-BFM   **Date:**   March 2, 2026

**Title:**   *American Civil Liberties Union Foundation of So. Cal. v. United States Immigration and Customs Enforcement, et al.*

================================================================

The Court will, however, require government counsel to file a status report supported by a declaration, **every two weeks starting March 9, 2026**, for so long as the shutdown lasts, again confirming the status of staffing at the relevant offices. It should go without saying, but counsel's declaration should be supported by reasonable inquiry into the question and be supported by information learned from appropriate government employees. It would be wise for Defendants' counsel to consider the sworn declaration of Ms. Cho concerning FOIA staffing during the previous shutdown, as the Court does not take lightly the representations made by counsel. If Plaintiff becomes aware of information inconsistent with Defendants' representations, they may file a status report as well.

The Court will not *ex ante* agree to extend each period on a day for day basis. This is the second time the Court has stayed the case due to government shutdowns in the brief period since it was assigned to her docket. The case was filed more than three years ago and was motivated by a search for information concerning death-bed releases during COVID-19. Courts have a duty to prevent unreasonable delay in production of appropriate documents, as such delays "violate the intent and purpose of FOIA." *Long v. U.S. I.R.S.*, 693 F.2d 907, 910 (9th Cir. 1982). As such, Defendant should consider what resources it can marshal to make up any time, in light of the significant delays in this case.

No later than three business days after funding is restored, the parties shall meet and confer to discuss revised deadlines (which should be no longer than a day-for-day extension). No later than seven calendar days after funding is restored, the parties shall file a status report proposing new dates—jointly or separately. If Defendants propose a day-for-day extension of its deadlines, they should provide support for their request.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

**Case No.:**   2:22-cv-04760-BFM                    **Date:**   March 2, 2026

**Title:**   *American Civil Liberties Union Foundation of So. Cal. v. United States Immigration and Customs Enforcement, et al.*

================================================================

Needless to say, Defendants should begin work immediately upon restoration of staffing and not wait until the Court resets its deadlines.

**IT IS SO ORDERED**.

cc:    Counsel of Record

Initials of Preparer:    ch

Page **3** of **3**