TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>    Defendants. | No. 2:22-cv-04760-BFM<br><br>**DEFENDANTS' STATUS REPORT**<br><br>(Filed Concurrently with the Declaration of Joseph W. Tursi)<br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

Pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay [Dkt. 154], defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") hereby submit the following Status Report.

Defendants' respective FOIA Offices, or those FOIA offices on which they rely (in the case of DHS-HQ and CRCL), remain furloughed as a result of the partial lapse in appropriations currently affecting DHS.

Dated: March 9, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants

# DECLARATION OF JOSEPH W. TURSI

I, Joseph W. Tursi, do hereby declare and state as follows:

1.  I am an Assistant United States Attorney for the Central District of California. I am assigned to the defense of this action. I make this Declaration pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay. *See* Dkt. 154 (the "Order"). This declaration is based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.

2.  On March 2, 2026, I provided copies of the Order to the respective agency points of contact assisting me in this matter.

3.  On March 6, 2026, I emailed the assigned agency counsel at the Department of Homeland Security Office of the General Counsel assisting me with this matter, Lisa Taylor, Senior Attorney, Legal Counsel Division, regarding the ongoing Department of Homeland Security partial shutdown. In my email, I inquired whether Ms. Taylor's office was able to perform any work related to the Plaintiff's FOIA Request in this matter. Specifically, I inquired whether DHS-HQ and CRCL FOIA staff were able to assist her office in the production of the *Vaughn* index on behalf of CRCL at this time. Ms. Taylor responded to my email on March 9, 2026, and informed me that those offices were unable to do so because the staff were furloughed as a result of the lapse in appropriations.

4.  On March 3, 2026, the assigned agency counsel at ICE assisting me with this matter, Azadeh Rezvani, Deputy Chief, Government Information Law Division, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, emailed me to confirm that ICE FOIA remained furloughed. On March 6, 2026, I followed up with Ms. Rezvani to ensure that this information remained accurate so that Defendants' Status Report reflected the present circumstances. On March 9, 2026, I learned that Ms. Rezvani was out of the office and would therefore be unable to respond to my email. I then emailed another Deputy Chief, Christopher Lanks. Unfortunately, I

1  received an out of office automated email from Mr. Lanks. I then emailed Ms. Rezvani's
2  supervisor, Chief Sarah Jazayeri. At the time of signing and filing this declaration, I have
3  not received a response from Ms. Jazayeri. I also emailed the general email address for
4  ICE's Office of the Principal Legal Advisor Government Information Law Division
5  ("OPLA-GILD") this morning regarding whether the ICE FOIA office remained
6  furloughed. In response, I was informed that ICE FOIA's office remains furloughed.

7      5.    Throughout this litigation Lisa Tomasiak, Assistant Counsel to the
8  Inspector, Information Law & Disclosure Division, Office of the Inspector General, U.S.
9  Department of Homeland Security has been my point of contact at DHS-OIG. I am
10 aware that she is currently furloughed as a result of partial shutdown. I therefore
11 contacted Ms. Tomasiak's supervisor, Darcia Rufus, Chief, Information Law and
12 Disclosure Office of Inspector General, via email on March 9, 2026. In my email, I
13 inquired whether DHS-OIG's FOIA Office was still furloughed as a result of the partial
14 shutdown. Ms. Rufus responded to my email and confirmed that DHS-OIG's FOIA
15 Office remained furloughed.

16     I declare under penalty of perjury that the foregoing is true and correct. Executed
17 this 9th day of March, 2026, at Los Angeles, California.

                                                  /s/ *Joseph W. Tursi*
                                                JOSEPH W. TURSI

3