TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
     Federal Building, Suite 7516
     300 North Los Angeles Street
     Los Angeles, California 90012
     Telephone: (213) 894-3989
     E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>       Plaintiff,<br><br>       v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>       Defendants. | No. 2:22-cv-04760-BFM<br><br>**DEFENDANTS' STATUS REPORT**<br><br>(Filed Concurrently with the Declaration of Joseph W. Tursi)<br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

Pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay [Dkt. 154], defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") hereby submit the following Status Report which follows their March 9, 2026, Status Report [Dkt. 155].

Defendants' respective FOIA Offices, or those FOIA offices on which they rely (in the case of DHS-HQ and CRCL), remain furloughed as a result of the partial lapse in appropriations currently affecting DHS.

Dated:  March 23, 2026                TODD BLANCHE
                                      Deputy Attorney General
                                      BILAL A. ESSAYLI
                                      First Assistant United States Attorney
                                      DAVID M. HARRIS
                                      Assistant United States Attorney
                                      Chief, Civil Division
                                      DANIEL A. BECK
                                      Assistant United States Attorney
                                      Chief, Complex and Defensive Litigation Section


                                      /s/ *Joseph W. Tursi*
                                      JOSEPH W. TURSI
                                      Assistant United States Attorney

                                      Attorneys for Defendants

1

### DECLARATION OF JOSEPH W. TURSI

I, Joseph W. Tursi, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California. I am assigned to the defense of this action. I make this Declaration pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay. *See* Dkt. 154 (the "Order"). This declaration is based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.

2. As I did on March 6, 2026, on March 20, 2026, I emailed the assigned agency counsel at the Department of Homeland Security Office of the General Counsel assisting me with this matter, Lisa Taylor, Senior Attorney, Legal Counsel Division, regarding the ongoing Department of Homeland Security partial shutdown. In my email, I inquired whether Ms. Taylor's office was able to perform any work related to the Plaintiff's FOIA Request in this matter. Specifically, I inquired whether DHS-HQ and CRCL FOIA staff were able to assist her office in the production of the *Vaughn* index on behalf of CRCL at this time. Ms. Taylor responded to my email on March 20, 2026, and informed me that those offices were unable to do so because the staff remained furloughed as a result of the lapse in appropriations.

4. On March 20, 2026, I once again emailed the assigned agency counsel at ICE assisting me with this matter, Azadeh Rezvani, Deputy Chief, Government Information Law Division, Office of the Principal Legal Advisor, U.S. Immigration and Customs Enforcement, emailed me to confirm that ICE FOIA remained furloughed. On March 22, 2026, Ms. Rezvani returned by email and informed me that ICE FOIA remains furloughed.

5. Throughout this litigation, Lisa Tomasiak, Assistant Counsel to the Inspector, Information Law & Disclosure Division, Office of the Inspector General, U.S. Department of Homeland Security has been my point of contact at DHS-OIG. I am

2

aware that she is currently furloughed as a result of partial shutdown. I therefore again contacted Ms. Tomasiak's supervisor, Darcia Rufus, Chief, Information Law and Disclosure Office of Inspector General, via email on March 20, 2026. Ms. Rufus responded to my email on March 20, 2026, and confirmed that DHS-OIG's FOIA Office remains furloughed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of March, 2026, at Los Angeles, California.

_____/s/ Joseph W. Tursi_____
JOSEPH W. TURSI

3