TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
        Federal Building, Suite 7516
        300 North Los Angeles Street
        Los Angeles, California 90012
        Telephone: (213) 894-3989
        E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 2:22-cv-04760-BFM<br><br>**DEFENDANTS' STATUS REPORT**<br><br>(Filed Concurrently with the Declaration of Joseph W. Tursi)<br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

Pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay [Dkt. 154], defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") hereby submit the following Status Report which follows their March 9, 2026, and March 23, 2026, Status Reports [Dkt. nos. 155, 156].

Defendants' respective FOIA Offices, or those FOIA offices on which they rely (in the case of DHS-HQ and CRCL), remain furloughed as a result of the partial lapse in appropriations currently affecting DHS.

Dated:  April 6, 2026

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


 /s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants

1

## <u>DECLARATION OF JOSEPH W. TURSI</u>

I, Joseph W. Tursi, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California. I am assigned to the defense of this action. I make this Declaration pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay. *See* Dkt. 154 (the "Order"). This declaration is based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.

2. As I did on March 6, 2026, and on March 20, 2026, on April 3, 2026, I emailed the assigned agency counsel at the Department of Homeland Security Office of the General Counsel assisting me with this matter, Lisa Taylor, Senior Attorney, Legal Counsel Division, regarding the ongoing Department of Homeland Security partial shutdown. In my email, I inquired whether Ms. Taylor's office was able to perform any work related to the Plaintiff's FOIA Request in this matter. Specifically, I inquired whether DHS-HQ and CRCL FOIA staff were able to assist her office in the production of the *Vaughn* index on behalf of CRCL at this time. Ms. Taylor responded to my email on April 3, 2026, and informed me that those offices were unable to do so because the staff remained furloughed as a result of the lapse in appropriations.

4. On April 3, 2026, I once again emailed the assigned agency counsel at ICE assisting me with this matter, Azadeh Rezvani, Deputy Chief, Government Information Law Division, Office of the Principal Legal Advisor ("OPLA-GILD"), U.S. Immigration and Customs Enforcement, emailed me to confirm that ICE FOIA remained furloughed. On April 6, 2026, I again emailed Ms. Rezvani and learned that she was out of the office. I therefore emailed the general email address for ICE's OPLA-GILD to inquire about the status of ICE FOIA. I received an email from Marie Brown, counsel at OPLA-GILD, who confirmed that ICE FOIA remains furloughed. Thereafter, I received a telephone call from Ms. Rezvani, who also confirmed that the ICE FOIA office remained furloughed at this time.

2

5.      Throughout this litigation, Lisa Tomasiak, Assistant Counsel to the Inspector, Information Law & Disclosure Division, Office of the Inspector General, U.S. Department of Homeland Security has been my point of contact at DHS-OIG. I am aware that she is currently furloughed as a result of partial shutdown. I therefore again contacted Ms. Tomasiak's supervisor, Darcia Rufus, Chief, Information Law and Disclosure Office of Inspector General, via email on April 3, 2026. Ms. Rufus responded to my email on April 3, 2026, and confirmed that DHS-OIG's FOIA Office remains furloughed.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of April, 2026, at Santa Ana, California.


                        /s/ *Joseph W. Tursi*
                        JOSEPH W. TURSI

3