TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, <br><br> Defendants. | No. 2:22-cv-04760-BFM <br><br> **DEFENDANTS' STATUS REPORT** <br><br> (Filed Concurrently with the Declaration of Joseph W. Tursi) <br><br> Honorable Brianna Fuller Mircheff <br> United States Magistrate Judge |

Pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay [Dkt. 154], defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") hereby submit the following Status Report which follows their March 9, 2026, March 23, 2026, and April 6, 2026, Status Reports [Dkt. nos. 155, 156, 158].

While Congress has not yet passed any legislation that would restore funding for DHS, and thus the partial government shutdown remains ongoing, the ICE FOIA Office has been recalled. Given that there is a Court ordered production in this case, *see* Dkt. nos. 146 & 149, the ICE FOIA Office is able to resume processing and producing records in response to Plaintiff's FOIA request.

Relatedly, DHS-FOIA employees have been recalled to work, however those employees are currently being paid and funded to perform their ordinary duties. As such, DHS-FOIA employees can currently perform work on FOIA matters, including both administrative processing and FOIA-related litigation support, unless or until funding is no longer available to perform their ordinary duties. Since most DHS-FOIA employees were recalled on April 13, 2026, DHS will need some additional time to reorganize and will resume work on this matter as expeditiously as possible.

DHS-OIG remains furloughed.

Counsel for Defendants has relayed the above information to Plaintiff's counsel. The parties have met and conferred via email and are discussing their respective positions for inclusion in a Joint Status Report, which they have been working on and that will propose case deadlines as contemplated in the Court's March 2, 2026 order [Dkt. 154 at 2].

Dated:  April 20, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


 /s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants

2

### <u>DECLARATION OF JOSEPH W. TURSI</u>

I, Joseph W. Tursi, do hereby declare and state as follows:

1. I am an Assistant United States Attorney for the Central District of California. I am assigned to the defense of this action. I make this Declaration pursuant to the Court's March 2, 2026 Order on Ex Parte Application to Stay. *See* Dkt. 154 (the "Order"). This declaration is based on my personal knowledge of the facts and circumstances set forth herein as well as my review of official files of the United States Attorney's Office for the Central District of California.

2. The assigned agency counsel at the Department of Homeland Security Office of the General Counsel assisting me with this matter, Lisa Taylor, Senior Attorney, Legal Counsel Division, informed me that DHS-FOIA employees were recalled to work, however those employees are currently being paid and funded to perform their ordinary duties. As such, DHS-FOIA employees can currently perform work on FOIA matters, including both administrative processing and FOIA-related litigation support, unless or until funding is no longer available to perform their ordinary duties. Since most DHS-FOIA employees were recalled on April 13, 2026, I was told that DHS will need some additional time to reorganize and will resume work on this matter as expeditiously as possible.

3. On April 14, 2026, the assigned agency counsel at ICE assisting me with this matter, Azadeh Rezvani, Deputy Chief, Government Information Law Division, Office of the Principal Legal Advisor ("OPLA-GILD"), U.S. Immigration and Customs Enforcement, emailed me and informed me that, while Congress has not passed any legislation that would restore funding that would impact ICE FOIA, that office has nonetheless been recalled. Given that there is a court ordered production in this case, ICE FOIA will resume its processing in this matter.

4. Throughout this litigation, Lisa Tomasiak, Assistant Counsel to the Inspector, Information Law & Disclosure Division, Office of the Inspector General, U.S. Department of Homeland Security has been my point of contact at DHS-OIG. I am

aware that she is currently furloughed as a result of partial shutdown. I therefore again contacted Ms. Tomasiak's supervisor, Darcia Rufus, Chief, Information Law and Disclosure Office of Inspector General, via email on April 16, 2026. Ms. Rufus responded to my email on April 16, 2026, and confirmed that DHS-OIG's FOIA Office remains furloughed.

5.     On April 14, 2026, I emailed counsel for Plaintiff and provided an update with respect to ICE FOIA. The parties continued to meet and confer via email through April 20, 2026, with respect to a Joint Status Report, which they have been working on. In my email of this morning, I also provided an update with respect to DHS and attached a revised draft of the Joint Status Report.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of April 2026, at Los Angeles, California.

_____/s/ *Joseph W. Tursi*_____
JOSEPH W. TURSI

4