TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, | No. 2:22-cv-04760-BFM |
| Plaintiff, | **JOINT STATUS REPORT** |
| v. | Honorable Brianna Fuller Mircheff United States Magistrate Judge |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | |
| Defendants. | |

On March 2, 2026, the Court granted, in part, defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement's ("ICE") (collectively, "Defendants") *ex parte* application to stay this action in light of the lapse in appropriations affecting the Department of Homeland Security ("DHS"). *See generally* Dkt. 154 (the "Order").

The Order provided that "[n]o later than three business days after funding is restored, the parties shall meet and confer to discuss revised deadlines (which should be no longer than a day-for-day extension). No later than seven calendar days after funding is restored, the parties shall file a status report proposing new dates—jointly or separately." *Id.* at 2.

While Congress has not yet passed any legislation that would restore funding for DHS, and thus the partial government shutdown remains ongoing, the ICE FOIA Office has been recalled. Given that there is a Court ordered production in this case, *see* Dkt. nos. 146 & 149, the ICE FOIA Office is able to resume processing and producing records in response to Plaintiff's FOIA request.

Relatedly, DHS-FOIA employees were recalled to work on April 13, 2026, however those employees are currently being paid and funded to perform their ordinary duties. As such, DHS-FOIA employees can currently perform work on FOIA matters, including both administrative processing and FOIA-related litigation support, unless or until funding is no longer available to perform their ordinary duties. Since most DHS-FOIA employees were recalled on April 13, 2026, DHS will need some additional time to reorganize and will resume work on this matter as expeditiously as possible.

Accordingly, the parties met and conferred by e-mail between April 14 and 20, 2026, and make the following proposals with respect to Defendant ICE and Defendant DHS:

- No later than May 4, 2026, DHS shall provide a *Vaughn* index justifying its withholdings of records identified previously by Plaintiff.

1

- No later than May 4, 2026, ICE shall produce all records originally ordered to be produced by March 10, 2026, and April 10, 2026. This is less than a day-for-day extension.

- That the Court set an in-person status conference for May 19, 2026, at 10:00 a.m.

- That no later than May 7, 2026, the parties shall meet and confer about topics either party believes should be discussed at the status conference.

- No later than May 12, 2026, the parties shall file a joint status report based on their meet and confer. The joint status report shall consist of four sections: (1) a general update of no more than two pages from each party; (2) a list of issues, neutrally stated, to be discussed at the status conference; (3) each party's no more than two-page discussion of each item (alternating, so that one party's position on each item is directly after the other party's position on that same item), citing any relevant portions of Judge Kewalramani's orders; and (4) to the extent that the parties' meet and confer results in agreements as to orders the Court should enter (with respect to scheduling or any other topic), jointly proposed language for such orders.

Respectfully submitted,

Dated:  April 20, 2026          HOQ LAW APC


/s/ *Laboni A. Hoq*
LABONI A. HOQ
Attorneys for Plaintiff

2

Dated:  April 20, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


/s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

3