UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA, | No. 2:22-cv-04760-BFM |
| Plaintiff, | **SCHEDULING ORDER** |
| v. | |
| UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*, | Honorable Brianna Fuller Mircheff United States Magistrate Judge |
| Defendants. | |

On April 20, 2026, the parties filed a Joint Status Report [Dkt. 160] in which they submit a joint proposal for the Court's consideration regarding scheduling in this matter. Having reviewed the Joint Status Report and the parties' proposal, the Court orders as follows:

- No later than May 4, 2026, DHS shall provide a *Vaughn* index justifying its withholdings of records identified previously by Plaintiff.

- No later than May 4, 2026, ICE shall produce all records originally ordered to be produced by March 10, 2026, and April 10, 2026. This is less than a day-for-day extension.

- That the Court set an in-person status conference for May 19, 2026, at 10:00 a.m.

- That no later than May 7, 2026, the parties shall meet and confer about topics either party believes should be discussed at the status conference.

- No later than May 12, 2026, the parties shall file a joint status report based on their meet and confer. The joint status report shall consist of four sections: (1) a general update of no more than two pages from each party; (2) a list of issues, neutrally stated, to be discussed at the status conference; (3) each party's no more than two-page discussion of each item (alternating, so that one party's position on each item is directly after the other party's position on that same item), citing any relevant portions of Judge Kewalramani's orders; and (4) to the extent that the parties' meet and confer results in agreements as to orders the Court should enter (with respect to scheduling or any other topic), jointly proposed language for such orders.

**IT IS SO ORDERED.**

Dated: APRIL 21, 2026

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge

1