TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-3989
    E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 2:22-cv-04760-BFM<br><br>**DEFENDANTS' REQUEST TO BE RELIEVED OF REQUIREMENT TO FILE FURTHER STATUS REPORTS NOW THAT THE PARTIAL GOVERNMENT SHUTDOWN HAS ENDED**<br><br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

On March 2, 2026, the Court entered its Order on Ex Parte Application to Stay [Dkt. 154 ("the Order")]. The Order required that counsel for defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") "file a status report supported by a declaration, **every two weeks starting March 9, 2026**, for so long as the shutdown lasts, again confirming the status of staffing at the relevant offices." *Id.* at 2 (emphasis original). Pursuant to the Order, Defendants filed Status Reports on March 9, 23, April 6, and 20, 2026. *See* Dkt. nos. 155, 156, 158, 159.

On April 30, 2026, Congress passed a funding bill which ended the shutdown. *See* https://www.nytimes.com/2026/04/30/us/politics/house-homeland-security-funding-bill.html (last accessed April 30, 2026). Accordingly, now that Congress has restored appropriations, Defendants respectfully request that the Court relieve them of the obligation to submit bi-weekly status reports confirming the status of staffing at the relevant offices.

Dated:  May 4, 2026

TODD BLANCHE
Acting Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section


/s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants

1