UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 2:22-cv-04760-BFM<br><br>**ORDER RELIEVING DEFENDANTS OF REQUIREMENT TO FILE STATUS REPORTS NOW THAT THE PARTIAL GOVERNMENT SHUTDOWN HAS ENDED**<br><br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

On March 2, 2026, the Court entered its Order on Ex Parte Application to Stay [Dkt. 154 ("the Order")]. The Order required that counsel for defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement ("ICE") (collectively, "Defendants") "file a status report supported by a declaration, **every two weeks starting March 9, 2026**, for so long as the shutdown lasts, again confirming the status of staffing at the relevant offices." *Id.* at 2 (emphasis original). Pursuant to the Order, Defendants filed Status Reports on March 9, 23, April 6, and 20, 2026. *See* Dkt. nos. 155, 156, 158, 159.

Defendants have now advised the Court that Congress has passed legislation restoring appropriations for the Department of Homeland Security. Defendants request that the Court relieve them of the obligation to submit bi-weekly status reports as required by the Order.

The Court GRANTS Defendants' request. Defendants are no longer required to file bi-weekly status reports confirming the status of staffing at the relevant offices.

**IT IS SO ORDERED.**

Dated:    MAY 4, 2026

_____
Honorable Brianna Fuller Mircheff
United States Magistrate Judge

1