TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-3989
E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 2:22-cv-04760-BFM<br><br>**JOINT STATUS REPORT**<br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

Pursuant to the Court's June 30, 2026, Order [Dkt. 166], plaintiff American Civil Liberties Union Foundation of Southern California ("Plaintiff") and defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement's ("ICE") (collectively, "Defendants") submit the following Joint Status Report.

Pursuant to the parties' agreement, and as discussed at the June 30, 2026, status conference, Defendant ICE made additional productions on July 31, 2026, and August 31, 2026, in response to Part 5 of Plaintiff's FOIA Request. Additionally, on August 28, 2026, ICE U.S. Customs and Border Protection produced records that had been sent to that agency for processing and direct response.

Thereafter, on August 31, 2026, Plaintiff made a settlement proposal to resolve this matter. The proposal contains both an injunctive component (an agreement by ICE to conduct a further search) and that Defendants agree to pay Plaintiff's attorneys' fees and costs. To fully consider Plaintiff's proposal, and to allow the parties to engage in good faith negotiations between counsel, Defendants requested that Plaintiff's counsel provide billing records and documentation to support the amount of fees and costs claimed in the proposal. As of August 31, 2026, Plaintiff's counsel has been working on preparing the requested materials.

Accordingly, the parties respectfully request that that the Court enter an order requiring them to submit another joint report within 60 days providing an update on the status of settlement negotiations or a stipulation of dismissal.

Dated: September 21, 2026

Respectfully submitted,

LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

*/s/ Laboni A. Hoq*

LABONI A. HOQ
Attorneys for Plaintiff

Dated: September 21, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Acting Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Acting Chief, Complex and Defensive Litigation Section

/s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney

Attorneys for Defendants

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.