TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
JOSEPH W. TURSI (Cal. Bar No. 300063)
Assistant United States Attorney
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California 90012
Telephone: (213) 894-3989
E-mail: Joseph.Tursi@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF SOUTHERN CALIFORNIA,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT, *et al.*,<br><br>Defendants. | No. 2:22-cv-04760-BFM<br><br>**JOINT STATUS REPORT**<br><br>Honorable Brianna Fuller Mircheff<br>United States Magistrate Judge |

Pursuant to the Court's September 22, 2026, Order [Dkt. 170], plaintiff American Civil Liberties Union Foundation of Southern California ("Plaintiff") and defendants U.S. Department of Homeland Security ("DHS"), U.S. Department of Homeland Security Office of Inspector General ("DHS OIG"), and U.S. Immigration and Customs Enforcement's ("ICE") (collectively, "Defendants") submit the following Joint Status Report.

The parties acknowledge the Court's comment that it "is not inclined to let the case linger" in the present status and thus describe the progress made toward settlement. As explained in the parties' previous Status Report, Dkt. 169, Plaintiff issued a settlement demand on August 31, 2026, which contained an injunctive component (an agreement by ICE to conduct a further search) and that Defendants agree to pay Plaintiff's attorneys' fees and costs. The parties have resolved the injunctive component such that the only remaining issue in this case is Plaintiffs' entitlement to and amount of attorneys' fees and costs.

To that end, on August 31, 2026, Defendants began their internal review and they advised that they needed Plaintiff's counsels' billing records and documentation to support the fees and costs claimed in the proposal so that they could fully consider. *See* Dkt. 169 at 2. Plaintiff's counsel was unable to provide the requested information until November 9, 2026, because undersigned Plaintiff's counsel Kyle Virgien was on parental leave through October 1, and required some time to compile the over three years of requested time records for himself and his former co-counsel Eunice Cho at the ACLU National Prison Project, and review them to exercise billing judgment and protect privilege.

The parties met and conferred through counsel via videoconference on November 19, 2026, to discuss the demand. Defendants are currently reviewing the billing records and working towards formulating a response to Plaintiff's demand. However, given the volume of the time records and amount of the demand, coordination between each of the three DHS subcomponents involved in this action, DHS Headquarters, and the

Department of Justice is required. Defendants believe that they will be able to formally respond to the demand within 45-60 days of their receipt of Plaintiff's billing records and documentation, which is the time presently estimated to obtain sufficient settlement authority to enable the parties to hopefully resolve this matter without the need for motion practice.

Accordingly, the parties respectfully request that that the Court enter an order requiring them to submit another joint report within 75 days providing an update on the status of settlement negotiations or, if the case has not resolved (or does not appear to be close to resolution at that time), a proposed briefing schedule on any remaining issues that will require the Court's adjudication.

Dated: November 23, 2026

Respectfully submitted,

LABONI A. HOQ (SBN 224140)
laboni@hoqlaw.com
HOQ LAW APC
P.O. Box 753
South Pasadena, California 91030
Telephone: (213) 973-9004

*<u>/s/ Laboni A. Hoq</u>*

LABONI A. HOQ
Attorneys for Plaintiff

Dated: November 23, 2026

KYLE VIRGIEN (SBN 278747)
kvirgien@aclu.org
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
NATIONAL PRISON PROJECT
425 California St., Suite 700
San Francisco, CA 94104
Telephone: (202) 393-4930

*/s/ Kyle Virgien*
KYLE VIRGIEN
Attorneys for Plaintiff

Dated: November 23, 2026

TODD BLANCHE
Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
DANIEL A. BECK
Assistant United States Attorney
Chief, Civil Division
ALARICE M. MEDRANO
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

/s/ *Joseph W. Tursi*
JOSEPH W. TURSI
Assistant United States Attorney
Attorneys for Defendants

* Pursuant to Local Rule 5-4.3.4(2)(i), the filer attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.